# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

LT. SETTLEMYERS, et al.,

    Defendants.

Case No. 3:22-cv-04978-LC-EMT

_____/

## DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSE, AND DEMAND FOR JURY TRIAL

Defendants **SETTLEMYERS, KOSANOVICH, SIMMONS, NEEL, and WHITE** hereby answer Plaintiff's Complaint [Doc. 1], as follows:

1. Admitted.

2. Admitted for jurisdictional purposes only.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Denied.

17. Denied.

18. Without knowledge.

19. Denied.

20. Without knowledge.

21. Defendants incorporate their answers to paragraphs 1 through 20.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Defendants incorporate their answers to paragraphs 1 through 26.

28. Denied.

29. Denied.

## RELIEF REQUESTED

Denied that Plaintiff is entitled to compensatory, punitive, nominal damages, attorney's fees, costs, or to any relief whatsoever in this cause.

## AFFIRMATIVE DEFENSE

At all times material hereto, Defendants acted reasonably within their discretionary authority and in accordance with undisputed existing constitutional, statutory, and case law. Accordingly, Defendants are entitled to qualified immunity from monetary damage liability herein.

## DEMAND FOR JURY TRIAL

Defendants hereby demand trial by jury of all matters triable as a matter of right by jury.

ASHLEY MOODY
ATTORNEY GENERAL

/s/ *Joe Belitzky*

Joe Belitzky (Fla. Bar No. 217301)
Senior Assistant Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Joe.Belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

/s/ *Joe Belitzky*
Joe Belitzky