UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

     Plaintiff,

v.                         CASE NO. 3:22cv4978/LAC/ZCB

SETTLEMYERS, et al.,

     Defendants.

_____/

## FINAL SCHEDULING ORDER AND
## MEDIATION REFERRAL

This cause is before the Court on the parties' Rule 26(f) report filed on July 18, 2022. (Doc. 18). On consideration of Defendant's Rule 26(f) report, the Court orders the following:

1.     With respect to any matters not addressed herein, the Initial Scheduling Order (Doc. 12) remains in effect.

2.     In circumstances when the Federal Rule of Civil Procedure would require leave of the Court to add parties or amended pleadings, parties may be added or pleadings may be amended only with leave of Court. The parties' deadline to join additional parties and to amend pleadings is **August 30, 2022.**

3.     All potentially dispositive motions should be filed no later than **December 1, 2022.**

1

4.     Pretrial disclosures will be governed by Federal Rule of Civil Procedure 26(a)(3) or the Court's pretrial order.

5.     The identify of any retained experts under Rule 26(a)(2) and all reports in Plaintiff's possession of retained experts under Rule 26(a)(2) will be due on or before **October 15, 2022.**  The identity of any experts and all reports in Defendants' possession of retained experts under Rule 26(a)(2) will be due on or before **October 15, 2022.**

6.     The discovery deadline is **November 11, 2022.**  As set out in the Initial Scheduling Order, the parties shall make discovery requests no later than 75 days before the end of the discovery period.  Unless otherwise ordered by the Court, motions to compel discovery are due no later than 30 days before the close of discovery.  The Court will ordinarily not entertain a motion to compel filed during the last 30 days of the discovery period unless the movant shows reasonable diligence during the discovery period and the discovery dispute arose during the last 30 days of discovery.

7.     The parties must mediate this case in accordance with the following procedures:

a.     The parties are directed to select a mediator certified by the Supreme Court of Florida as a Circuit Court Mediator or a person otherwise mutually agreeable to the parties.

b.     Unless otherwise agreed, the fee of the mediator will be paid equally by the parties.  The fee must be paid in the manner required by the mediator.

c.     The first mediation conference must commence no later than **14 days** after the discovery deadline (but may commence at any earlier time). The mediator must set the initial mediation conference with due regard to schedules and other commitments of the parties and counsel and may continue to adjourn the mediation conferences in his or her discretion within the time constraints set out in this Order.

d.     The following persons MUST attend the mediation conference:

1)     Counsel of record primarily responsible for this matter on behalf of any represented party.

2)     All parties.  In the case of a corporation, governmental entity, or other organization, or officer in his or her official capacity, the party must attend through a representative having full authority to settle the entire case for the party without further consultation.  In his or her discretion, however, the mediator may waive the requirement that the attending representative's full authority to settle be "without further consultation." Unless the mediator directs otherwise, the parties by agreement also may waive the requirement that the attending

3

representative's full authority to settle be "without further consultation."

3)    If a party is insured, a representative of the insurer having full authority to settle without further consultation.  In his or her discretion, however, the mediator may waive the requirement that the insurer's representative's full authority to settle be "without further consultation."  Unless the mediator directs otherwise, the parties by agreement also may waive the requirement that the attending insurer's representative's full authority to settle be "without further consultation."

e.    Failure of any person to attend the mediation conference as required will result in the imposition of sanctions.

f.    The parties must confer in advance of the submission of written materials to the mediator and must proceed in accordance with any agreement they reach or the instructions of the mediator.  In the absence of agreement of the parties or instructions from the mediator, no written submissions to the mediator are required, but either party may submit materials as it deems appropriate, which the mediator may consider as he or she deems appropriate.

g.    The mediator will have authority to control the procedures to be followed in mediation, may adjourn the mediation conference and set times

for reconvening, and may suspend or terminate mediation whenever, in the opinion of the mediator, the matter is not appropriate for further mediation.

h.     All discussions, representations, and statements made at the mediation conference must be off the record and privileged as settlement negotiations.  Mediation proceedings will not be recorded by a court reporter or by an electronic recording device, except as necessary to memorialize any settlement that may be reached.

i.     This referral to mediation does not automatically toll the time for completion of any other matter in this case.

j.     The parties are encouraged to settle as many issues during mediation as possible.  Partial or complete settlements must immediately be reduced to writing in the presence of the mediator and be signed by all parties and their counsel.

k.     Mediation in this case must be completed on or before a date **28 days** after the discovery deadline.  The mediator or parties must file a report within **14 days** thereafter indicating when mediation was conducted and the outcome of the mediation (that is, whether the matter was settled or impasse was declared).  If the matter is settled in full, notice to the Court must be immediate.

l.     The parties may request the Court excuse this mediation requirement upon a showing of good cause. Additionally, the parties may request a settlement conference before a magistrate judge in lieu of mediation. A request to excuse mediation or for a settlement conference must be made on or before **28 days** after the discovery deadline.

m.     Counsel for any represented party must, within **10 days** of the date of this Order, consult with his or her client about the advantages (including savings of costs and attorney's fees) and disadvantages of proceeding with mediation immediately rather than awaiting the deadlines set in this Order. The parties by agreement may commence mediation at any time before the deadlines set in this Order.

**DONE AND ORDERED** this 15th day of August 2022.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge