# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ABDELAZIZ HAMZE

     Plaintiff,

v.                    CASE NO: 3:22-cv-04978-LC-ZCB

LIEUTENANT SETTLEMYERS,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

     Defendants.

_____/

## JOINT STATUS REPORT

Plaintiff, Abdelaziz Hamze, by counsel, and Correctional Defendants, by Joe Belitzky, file this joint status report on behalf of the parties.

1.    This matter was set for a settlement conference before Judge Kahn on December 13, 2022. The parties reached an impasse.

2.    The parties are going to attempt a private mediation to see if the matter can be resolved.

3.    The mediation is set for February 7, 2023 with Robert C. Shearman.

                    /s/ Guy S. DiMartino
                    Guy S. DiMartino

Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email
Attorney for Plaintiff

/s/ Joe Belitzky
Joe Belitzky
Sr. Assistant Attorney General
Office of the Attorney General
Corrections Litigation Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050
(850) 414 – 3663-Phone
Joe.Belitzky@myfloridalegal.com-Email
Attorney for Defendants