UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE

    Plaintiff,
v.                            CASE NO: 3:22-cv-04978-LC-ZCB

LIEUTENANT SETTLEMYERS,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

    Defendants.
_____/

## GUY S. DIMARTINO'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Guy S. DiMartino, counsel for Plaintiff, pursuant to Local Rule 11.1 (H), moves for the Court for Leave to Withdraw as counsel of record for Plaintiff in this matter, and in support thereof shows the Court as follows:

    1.    On December 12, 2022, the parties participated in a settlement conference with Magistrate Kahn.

    2.    On February 7, 2023, the parties then participated in a private mediation with Attorney Bob Shearman.

    3.    Irreconcilable differences have developed between the Movant and Mr. Hamze.

4. On February 1, 2023, in accord with Local Rule 11.1 (H)(2), Movant provided Mr. Hamze with notice of his intent to seek leave to withdraw. (Exhibit 1).

5. Mr. Hamze's current address is Charlotte Correctional Institution, 33123 Oil Well Rd. Punta Gorda, FL 33955-9701. Phone number (941) 833.8100.

WHEREFORE, Guy S. DiMartino, requests leave of Court to withdraw as counsel of record for Mr. Hamze, and all other just and proper relief.

Respectfully submitted,

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of February 2023, a true and correct copy of the foregoing pleading and/or paper was served on all counsel of record through NextGen.
I also certify that on the 28th day of February 2023, a true correct copy of the foregoing pleading and/or paper was served on A. Hamze, FDOC # L81379, Charlotte Correctional Institution, 33123 Oil Well Rd. Punta Gorda, FL 33955-9701.

/s/ Guy S. DiMartino

2

Guy S. DiMartino  
Guy S. DiMartino, DC, JD, PA  
918 W. Main Street  
Leesburg, FL 34748  
(352) 267-9168 – Phone  
(866) 887-3026 – Fax  
gsd@gsdimartino.com – Email

# Guy S. DiMartino, DC, JD, PA

Florida Bar Board Certified Civil Trial Lawyer

February 13, 2023

Abdelaziz Hamze
DC#: L81379
Charlotte CI
33123 Oil Well Rd.
Punta Gorda, FL 33955-9701

<u>NOTICE OF INTENT TO WITHDRAW AS COUNSEL OF RECORD</u>

Dear Mr. Hamze:

Based on irreconcilable differences, in 14-days I will be moving the Court for leave to withdraw as your attorney in this matter.

Sincerely,

*Guy S. DiMartino, DC, JD*
Guy S. DiMartino, DC, JD

Exhibit 1