UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE

    Plaintiff,

v.                               CASE NO: 3:22-cv-04978-LC-ZCB

LIEUTENANT SETTLEMYERS,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

    Defendants.

_____/

**SUPPLEMENT TO GUY S. DIMARTINO'S MOTION TO WITHDRAW**

    Guy S. DiMartino, in accordance with the Court's March 7, 2023, states as follows:

1. Counsel spoke with Mr. Hamze on March 10, 2023.

2. Mr. Hamze does not oppose Counsel's motion to withdraw.

    Respectfully submitted,

    /s/ Guy S. DiMartino
    Guy S. DiMartino
    Guy S. DiMartino, DC, JD, PA
    918 W. Main Street
    Leesburg, FL 34748
    (352) 267-9168 – Phone
    (866) 887-3026 – Fax
    gsd@gsdimartino.com – Email

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2023, a true and correct copy of the foregoing pleading and/or paper was served on all counsel of record through NextGen.

I also certify that on March 13, 2023, a true correct copy of the foregoing pleading and/or paper was served on A. Hamze, FDOC # L81379, Charlotte Correctional Institution, 33123 Oil Well Rd. Punta Gorda, FL 33955-9701.

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email