# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ABDELAZIZ HAMZE

    Plaintiff,

v.                          CASE NO: 3:22-cv-04978-LC-ZCB

LIEUTENANT SETTLEMYERS,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

    Defendants.

_____/

## PLAINTIFF'S EXHIBIT LIST

Plaintiff in compliance with the Court's February 15, 2023 order provides his exhibit list:

| Number | Description of Exhibit |
|---|---|
| 1. | Plaintiff's medical and operative records from the Florida Department of Corrections |
| 2. | X-rays and x-ray reports of the left forearm: June 7, 2018, July 13, 2018, July 19, 2018, August 17, 2018, September 4, 2018, September 18, 2018. |
| 3. | FDOC procedural manual, policies and protocols. |
| 4. | Chapter 33 of the Florida Administrative Code |
| 5. | Fixed wing video identifying the wing in which the subject incident happened. Fixed wing video identifying the area in which the June 5, 2018 incident occurred. |

Respectfully submitted,

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, a true and correct copy of the foregoing pleading and/or paper was served on all counsel of record through NextGen.

I also certify that on March 13, 2023, a true correct copy of the foregoing pleading and/or paper was served on A. Hamze, FDOC # L81379, Charlotte Correctional Institution, 33123 Oil Well Rd. Punta Gorda, FL 33955-9701.

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email