UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE

    Plaintiff,
v.	CASE NO: 3:22-cv-04978-LC-ZCB

LIEUTENANT SETTLEMYERS,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

    Defendants.

_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff, in accordance with the Court's February 15, 2023 order, provides his witness list:

1.    Each of the Defendants, c/o Erik Kverne, Senior Assistant Attorney General

2.    Medical Records Custodian, Florida Department of Corrections, 501 S. Calhoun Street Tallahassee, FL 32399. This witness will testify regarding the creation and storage of Plaintiff's medical records and x-rays to establish that they are business records in accordance with Fed.R.Evid. 803(6).

3. Medical Records Custodian Trident Care Imaging, 46332 RMC-Main and Hospital, 7765 S. Country Rd. 231, Lake Butler, FL 32054. Corporate Office 4400 140th Ave., Clearwater, FL 33760. This witness will testify regarding the creation and storage of Plaintiff's x-ray reports and x-rays to establish that they are business records in accordance with Fed.R.Evid. 803(6).

4. Corporate Representative of the Florida Department of Corrections with knowledge of Chapter 33 of Florida Administrative Code. 501 S. Calhoun Street Tallahassee, FL 32399.

5. Corporate Representative of the Florida Department of Corrections with knowledge of the Department's procedure manual, policies and procedures. 501 S. Calhoun Street Tallahassee, FL 32399.

6. Florida Department of Corrections representative that will authenticate the fixed wing video identifying the wing in which the subject incident occurred and the incident. 501 S. Calhoun Street Tallahassee, FL 32399.

7. Tom Winters, MD, (orthopedic surgeon)1405 S. Orange Ave. #601, Orlando, FL 32806 – Dr. Winters evaluated Plaintiff's fractures.

8. Dr. Ryan, MD (orthopedic surgeon) Reception and Medical Center,7765 S CR 231, Lake Butler, Florida 32054-0628, Dr. Ryan performed surgery on Plaintiff's injuries.

9. Dr. Rodriguez, Santa Rosa C.I. 5850 E Milton Rd, Milton, FL 32583 Dr. Rodriguez examined Plaintiff's injuries.

10. Regino Padua Cube, MD radiologist who reviewed June 7, 2018 x-rays. 650 E Indian School Road Phoenix, AZ 85012.

11. Yasser M. Mir, MD, Radiologist that reviewed July 13, 2018 X-Rays. 301 E. Main Street Bay Shore, NY 11706.

12. Marc Awobuluyi, Md Radiologist that reviewed X-Rays of forearm, 1620 Northwest Blvd. Coeur D'alene, ID 83814.

13. Kalem Santiago, MD, Defendants' Expert, Florida Department of Corrections, 501 S. Calhoun Street, Tallahassee, FL 32399.

    Respectfully submitted,

    /s/ Guy S. DiMartino
    Guy S. DiMartino
    Guy S. DiMartino, DC, JD, PA
    918 W. Main Street
    Leesburg, FL 34748
    (352) 267-9168 – Phone
    (866) 887-3026 – Fax
    gsd@gsdimartino.com – Email

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2023, a true and correct copy of the foregoing pleading and/or paper was served on all counsel of record through NextGen.

I also certify that on March 13, 2023, a true correct copy of the foregoing pleading and/or paper was served on A. Hamze, FDOC # L81379, Charlotte Correctional Institution, 33123 Oil Well Rd. Punta Gorda, FL 33955-9701.

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email
