UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE

    Plaintiff,
v.                                  CASE NO: 3:22-cv-04978-LC-ZCB

LIEUTENANT SETTLEMYERS,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

    Defendants.

_____/

**PLAINTIFF'S STATEMENT OF FACTS**

Plaintiff, Abdelaziz Hamze, by and through the undersigned counsel, provides his factual contentions.

Mr. Hamze alleges that he was a victim of excessive force on two occasions; June 5, 2018 and June 10, 2018 while incarcerated at Santa Rosa Correctional Institution. Defendants, Settlemeyers, Kosanovich, Simmons and Neel were involved in the June 5th incident. Defendants, Smith and White, were involved in the June 10th incident.

**I. June 5th Incident**

On June 5, 2018, the Defendants removed him from his cell to do a property search. He was cuffed behind his back. After the search, Hamze was placed in the cell, put his hands through the cuffing portal. While his hands were in the portal Kosanovich started to pull his left arm through the portal and he wouldn't let go. Simmons assisted Kosanovich in holding Hamze's arm, while Neel delivered multiple hammer strikes to his forearm.

During this time, the Defendants made statements about Mr. Hamze's Arab descent. Settlemeyers accompanied Hamze to the medical department for a post-use-of-force evaluation, and told him that they don't like Arabs in America.

Hamze further testified that he believed the guards were retaliating against him because of another alleged incident with correctional officer Lane. In the days leading up to the incident, the day shift guards would not feed Hamze.

Hamze contends that the Defendants were deliberately indifferent and used excessive force. As a result of the excessive force, Hamze sustained fractures of the left ulnar and radius bones. June

7th x-rays noted that the fractures were acute with displacement of the ulna.

On July 27, 2018, Hamze underwent an open reduction internal fixation surgery with plates to repair the broken bones in his forearm.

## II. June 10th Incident

On June 10, 2018, Defendants, White and Smith, were escorting Hamze in the facility. When they entered a hallway that is not captured by surveillance, White started pushing Hamze on the left side of the upper back. White then threw Hamze to the ground and White and Smith started striking him. After they brought Hamze to his feet, a correctional officer started recording a use of force video.

Hamze contends that he sustained additional injury to his left forearm when he was taken to the ground and struck by the White and Smith. The use of force evaluation also notes that Hamze had a contusion on his face above his eye.

Respectfully submitted,

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax

3

gsd@gsdimartino.com – Email

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2023, a true and correct copy of the foregoing pleading and/or paper was served on all counsel of record through NextGen.

I also certify that on March 13, 2023, a true correct copy of the foregoing pleading and/or paper was served on A. Hamze, FDOC # L81379, Charlotte Correctional Institution, 33123 Oil Well Rd. Punta Gorda, FL 33955-9701.

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, DC, JD, PA
918 W. Main Street
Leesburg, FL 34748
(352) 267-9168 – Phone
(866) 887-3026 – Fax
gsd@gsdimartino.com – Email