# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ABDELAZIZ HAMZE**
**DOC # L81379**,

    Plaintiff,

v.                                       Case No. 3:22-CV-4978-LAC/ZCB

**SETTLEMYERS, ET AL.**,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE OUT-OF-TIME MOTION FOR SUMMARY JUDGMENT

**Smith**, **Settlemyers**, **White**, **Kosanovich**, **Simmons**, and **Neel** ("Defendants"), through counsel, move this Court for leave to file an out-of-time Motion for Summary Judgment. In support of this Motion, Defendants argue as follows:

1. On June 23, 2022, this Court issued an Initial Scheduling Order which required that Discovery be completed by October 11, 2022. (Doc. 12 at ¶ 1(b)). The Order further indicated that Motions for Summary Judgment must be filed by November 1, 2022. *Id*. at ¶ 5(b).

1

2. Later, this Court issued a Final Scheduling Order which required that Motions for Summary Judgment be filed by December 1, 2022. (Doc. 19 at ¶ 3).

3. On February 16, 2023, undersigned counsel entered an appearance on behalf of Defendants. (Doc. 30). Undersigned counsel was appearing on the case based on former counsel of record for Defendants leaving the Office of the Attorney General.

4. While reviewing the facts of this case and related evidence, Defendants determined that Plaintiff's June 5, 2018, claims are potentially barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and its progeny as interpreted by the 11th Circuit Court of Appeals.

5. More specifically, Defendants discovered that as a result of the June 5, 2018, incident, Plaintiff received a Disciplinary Report ("DR") and lost gain time based on a finding of guilt after he was given a hearing on the issue.

6. Plaintiff's Complaint filed by an attorney, and as a result not entitled to any degree of *pro se* liberality, does not make any mention of the DR or the subsequent conviction. *See* (Doc. 1 *generally*).

7. Instead, it appears that Plaintiff has taken the tact that Defendants had no reason to utilize force on him and allegedly "struck [Plaintiff's arm] multiple times until Plaintiff's forearm broke." (Doc. 1 at ¶¶ 10-11).

8. Recently, the 11th Circuit issued a soon-to-be published Opinion in *Hall v. Merola, et al.*, 20-14247 (11th Circuit May 17, 2023) *lower court case Hall v. Merola, et al.*, 3:15-cv-1054-BJD-PDB, which elaborated on how *Heck* should be applied to prisoner cases. (Defendants' Exhibit A).[1] The Opinion is not yet final as no Mandate has been issued, however, it is believed that there is not going to be any attempt to have the Opinion reviewed by rehearing or *en banc*.

9. Defendants believe that the newly-issued case is applicable to Plaintiff's claims and would request leave to file a Motion for Summary Judgment addressing *Heck* and its applicability to Plaintiff's June 5, 2018, claim.

**WHEREFORE**, Defendants respectfully request that this Court provide Defendants with leave to file a Motion for Summary Judgement.

---

[1] Defendants have attached a copy of the Opinion to this Motion so that Plaintiff may have a copy of the Opinion due to how recently it has been issued.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Defendants' Motion for Leave to File Out-of-Time Motion for Summary Judgment* was e-filed electronically through CM/ECF on May 24, 2023, and furnished by U.S. Mail to: Abdelaziz Hamze, DC# L81379, Northwest Florida Reception Center, Main Unit, 4455 Same Mitchell Drive, Chipley, Florida 32428-3501, on May 24, 2023.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion totals **470** words, not exceeding the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com
