## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ABDELAZIZ HAMZE**
**DOC # L81379**,

   Plaintiff,

v.            Case No. 3:22-CV-4978-LAC/ZCB

**SETTLEMYERS, ET AL.**,

   Defendants.

_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

   Notice is hereby given that the parties have conferred on June 5, 2023, in response to this Court's Order. (Doc. 53). The parties will be available for a pre-trial conference and trial during the entire month of September 2023, and during the weeks of October 16, 23, and 30, 2023.[1] Plaintiff's position on the length of the trial is that the trial may take anywhere from five (5) to fourteen (14) days. Defendants' position on the length of the trial is that the trial may take anywhere from three (3) to five (5) days.

_____

[1] Undersigned counsel is not available during the weeks of October 2 and October 9, 2023.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Compliance with Court Order* was e-filed and through CM/ECF on June 5, 2023 and mailed to Plaintiff through U.S. mail: Abdelaziz Hamze, DC# L81379, Northwest Florida Reception Center, Main Unit, 4455 Same Mitchell Drive, Chipley, Florida 32428-3501, on June 5, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829