# IN THE US NORTHERN DISTRICT COURT OF FLORIDA

Abdelaziz Hamze,
v.
Neel, et al

22-4978

## MOTION FOR EXTENSION TO FILE OBJECTIONS

Comes now the plantiff in pro-se and files this request for an extension to file objections to (Doc. 51) Report and Recommendations and states:

1. The R&R (Doc. 51) specifies a 14 day deadline to object, page 6, and plantiff intends to file objections.

2. Today, 6-1-23, the entire institution of NWFRC went on lockdown based on the staff allegation, outrageously enough, that 2 inmates in plantiff's dorm & quad in neighboring bunks, had firearms with live ammunition and were planning to shoot & kill 5 to 29 officers and staff members.

3. Although the inmates were searched and cleared from having any contraband, let alone guns, the administ-

—1 of 2—

decided that the entire institution must undergo lock-down, by which inmates are not allowed to use the phones, watch T.V., get out of the dorm for any reason, not even to go to a call-out or to law library, or to send legal mail, for 72 hours starting Thursday morning, subject to extensions for up to 16 to 42 days.

4. Therefore, the plaintiff's legal endeavors, including his objections are impeded by the Institutional rigidity and will probably not be able to meet the 14 day deadline without extending his deadline to do so.

5. Wherefore, plaintiff requests that his opportunity to object to (Doc. 51) R & R is extended by 16 days from the date of this filing.

*Abdelaziz Hamze*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed via US mail to: Clerk                    Attorney General
     1 N. Palafox St.        &    PL01 - The Capitol
     Pensacola, FL 32502-         Tallahassee, FL 32399-
     1642                         0842

On the 1st day of June 2023.

*Abdelaziz Hamze*
N.W.F.R.C.

— 2 of 2 —

Abdelaziz Hamze
DC# L81379
Northwest Florida Reception Center - Main Unit
4455 Sam Mitchell Drive
Chipley, Florida 32428-3501

JUN 0 7 2023

Mailed From A State
Correctional Institution
PENSACOLA FL 325
5 JUN 2023 PM 1 L

US District Court
1 N. Palafox St.
Pensacola FL 32502-1649