UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,
    Plaintiff,

vs.                                        Case No.: 3:22cv4978/TKW/ZCB

SETTLEMYERS, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 51).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Plaintiff's motion for injunctive relief should be denied because it seeks relief against non-parties on issues that are beyond the scope the complaint.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's motion for injunctive relief (Doc. 48) is **DENIED**.

---

[1] Plaintiff was granted an extension of time to file objections, *see* Doc. 61, but instead of filing objections, he filed another request for extension of time.  That request was denied because it was not supported by good cause.  *See* Doc. 63.

**DONE and ORDERED** this 26th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**