**\*\*DO NOT FILE THIS DOCUMENT ON DOCKET\*\***

TO: Clerk
From: Abdelaziz Hamze, plaintiff
RE: Attorney Referral        3:22cv4978

RECEIVED NWFRC
JUN 28 2023
INMATE INITIALS A.H.

Regarding the referral order, I was contacted by an Attorney called Mathew Farmer with whom I am unable to reach an agreement. And it is not because I don't want to or I didn't try. I did my best, but he recanted on the agreement we had verbally on June 9 on the phone and waited over 2 weeks to mail me an agreement in the mail, for me to sign, that was tampered and interpolated compared to what we agreed on verbally.

Still, in order to expedite this case and showing appreciation to your referral, I told him simply to spell my name correctly and refuses to do so and I can't speak with him on the phone because he refuses to schedule a legal call and doesn't accept any calls from here and correspondence by mail is very time consuming, 2 weeks for a response. (See Exhibit A, the agreement with my name misspelled twice, while the correct spelling is reflected in the case style on the same page).

I can't sign that agreement because this can be a different client, and his refusal to correct that is suspicious and mandates skepticism.

FILED USDC FLND PN  c.s
JUL 3 '23 AM 11:10

- 1 of 2 -

Of course, I was contacted by other lawyer but he decided to yield to Farmer since he was the one that mailed me first.

Therefore, this is a kind request to refer me to other Attorneys excluding Mathew Farmer & his firm, since I am unable to retain their services.

Sincerely, @Damre

*[Handwritten annotation: "This is a common last name to many defendants and plaintiff & other clients"]*

## LEGAL REPRESENTATION AGREEMENT

I, **Abdelaziz Hamzeh**, retain the law firm of **Farmer & Fitzgerald, P.A.,** to represent me in the pending matter of *Hamze v. Settlemyers, et al.*, Case No. 3:22cv4978-TKW-ZCB(N.D. Fla. 2022).

### STAFFING

Matthew Farmer will be primarily responsible for your representation. Because we consider our client to be firm clients rather than clients of any individual lawyer, you may expect other attorneys and legal assistants in the firm to also work on the matter. This additional staffing is designed to ensure that your legal rights are fully guarded.

### OUR SERVICES

The services provided for in this agreement are limited to the forum in which the case has been initially filed. Representation in any appellate, different, or same court in the event of prohibition or mandamus, retrial, or any other purpose whatsoever, is not included in this agreement.

We will strive to represent you effectively. We will at all times act in a manner consistent with the Rules of Professional Conduct, which is the ethical code governing Florida lawyers. Our advice will be based upon our best professional judgment. We will extend our best efforts on your behalf. However, no representations have been or are being made to you concerning the probability of success as to your case.

### CONFIDENTIALITY

It is important that you tell us everything you know about any matter that we handle for you. We are obliged to keep confidential any communication we have with you and any information we obtain from you, except to the extent matters must be disclosed in a lawsuit or as you otherwise authorize.

### COMMUNICATION

We will attempt to keep you closely advised about the progress of this matter. Please feel free to call our office if you have any questions concerning your case. We recognize that there are situations that require emergency attention. If you feel your call is urgent, please be sure to inform the receptionist.

### CONTINGENT FEE

In charging for our services, we consider all the factors governing fees, as set forth in the Rules of Professional Conduct. These factors include, among others, the time and labor required, the novelty and difficulty of the legal issues involved, the skill required to perform the legal

6. The attorneys are required or authorized by law to withdraw from the client's case.

If the attorneys withdraw for any of these reasons they will give the client reasonable advance notice in writing or their intentions.

If you elect to terminate this agreement, you shall immediately pay all costs and expenses incurred by these law firms, and in addition, shall pay these law firms the reasonable value of services performed to date. Interest shall accrue and be paid on such sums at the rate of eighteen percent (18%) per annum. Further, if litigation or other ancillary proceedings shall arise between you and our firms, we shall be entitled to recover a reasonable attorneys' fee for services expended in such litigation or proceedings, in addition to costs as defined above; provided, of course, that we prevail.

## OTHER SERVICES NOT INCLUDED

This agreement is only for services rendered on behalf of you, the client, in this claim. These law firms may charge a reasonable fee for collection of policy benefits, defense of counterclaims, filing of estates or guardianships, or for any other legal matters, upon obtaining your prior consent.

## ASSIGNMENT

The client hereby assigns the attorneys all rights and interests the client may have in any claims against the defendant for costs, expenses, and attorneys' fees based on the attorneys' work.

## STATEMENT OF UNDERSTANDING

By signing this contract, you are certifying that you have read and understand this document, that you have not been pressured or coerced into signing, and that you have signed while free from the influence of medications, alcohol or any other drugs. You are also certifying that you have had ample opportunity and time to ask questions about anything you do not understand and that all of your questions have been answered satisfactorily.

**DATED** this _____ day of June, 2023.

By: _____
**Abdelaziz Hamzeh**

By: _____
**Farmer & Fitzgerald, P.A.**

Abdelaziz Hamza, # L81379
N.W.F.R.C. - MU
415 Sam Mitchell Drive
Chipley, FL 32428-3505

Mailed from PENSACOLA FL 325
Correctional
Institution 29 JUN 2023 PM

JUL 03 2023

Clerk, US District Court
1 N. Palafox Street
Pensacola, FL 32583-0597

02 1P
0000932279
MAILED FROM ZIP CODE 32428
UNITED STATES POSTAGE
$ 000.00
JUN 29 2023