
Exhibit A

---

```
 DC#: L81379    INMATE NAME: HAMZE, ABDELAZIZ              INFRACTION
 VIOLATION CODE:  0115    TITLE: BATTERY/ATT/CO            DATE: 06/05/2018
 FACILITY CODE:  135    NAME:  SANTA ROSA ANNEX            TIME: 08:22
```

---

I.  STATEMENT OF FACTS:

    INMATE HAMZE, ABDELAZIZ DC#L81379 IS BEING CHARGED WITH A
    VIOLATION OF CHAPTER 33-601.314 RULES OF PROHIBITED CONDUCT
    1-15:BATTERY OR ATTEMPTED BATTERY ON A CORRECTIONAL OFFICER.
    ON JUNE 05, 2018, I WAS ASSIGNED AS A Q-DORMITORY SPECIAL
    HOUSING OFFICER. AT APPROXIMATELY 8:22AM, I WAS PRESENT AT
    CELL Q2115S, AS OFFICER T. SIMMONS WAS REMOVING RESTRAINTS
    FROM INMATE HAMZE. INMATE HAMZE GRABBED OFFICER G.
    KOSANOVICH'S LEFT ARM CAUSING MINOR INJURY. REACTIONARY
    PHYSICAL FORCE WAS NECESSARY TO FREE OFFICER KOSANOVICH'S
    WRIST. INMATE HAMZE THEN GRABBED MY RIGHT HAND, PULLED MY
    RIGHT HAND INTO HIS CELL. INMATE HAMZE UTILIZED HIS PERSONAL
    BODYWEIGHT IN AN ATTEMPT TO BREAK MY RIGHT ARM. FORCE WAS
    AGAIN UTILIZED TO FREE MY RIGHT HAND. INMATE HAMZE'S BATTERY
    RESULTED IN INJURY AND RESULTED IN ME REQUIRING OUTSIDE
    MEDICAL TREATMENT. THE SHIFT SUPERVISOR WAS NOTIFIED AND
    AUTHORIZED THIS REPORT. INMATE HAMZE WILL REMAIN IN HIS
    CURRENT STATUS PENDING DISCIPLINARY TEAM ACTION.

  REPORT WRITTEN: 06/05/2018, AT 11:35   OFFICER: ▓▓▓ - NEEL, J
  ASSIGNED AND APPROVED BY: ▓▓▓ - SETTLEMIRES, COREY M

---

II. INVESTIGATION:
   COMMENTS:
     INMATE HAMZE, ABDELAZIZ DC#L81379 DID PROVIDE A STATEMENT,
     BUT NO WITNESSES OR EVIDENCE FOR THIS REPORT. THIS
     INVESTIGATION WAS DELAYED DUE TO INMATE ON SHOS.
   WITNESSES:
     OFFICER T. SIMMONS; OFFICER G. KOSANOVICH
     INMATE OFFERED STAFF ASSISTANCE: DECLINED

  INVESTIGATION BEGUN:  06/05/2018, AT 15:00   OFFICER: ▓▓▓ - MELANSON, H. A.
  INVESTIGATION ENDED:  06/26/2018, AT 11:39

---

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 06/26/2018, AT: 08:33

                         DELIVERED BY : ▓▓▓ - MELANSON, H. A.

---

IV. DESIGNATING AUTHORITY REVIEW   LEVEL: MAJOR   DATE: 07/02/2018

                         OFFICER: ▓▓▓ - RAINES, M.W.

---

V.   TEAM   FINDINGS AND ACTION   DATE: 07/03/2018, AT: 08:15
    INMATE OFFERED STAFF ASSISTANCE: DECLINED
    INMATE PLEA: NO PLEA       FINDINGS: GUILTY
    INM PRESNT: N   WAIVED 24 HR NOTICE: N
   POSTPONEMENT:
   BASIS FOR DECISION:
     BASED IN PART ON THE WRITTEN STATEMENT OF SERGEANT J. NEEL
     AND THE COMPLETED INVESTIGATION, INMATE HAMZE, ABDELAZIZ
     DC#L81379 WAS GUILTY OF BATTERY OR ATTEMPTED BATTERY ON AN
     OFFICER WHEN ON 6/05/18, INMATE HAMZE GRABBED THE ARM OF
     OFFICER G. KOSANOVICH AND REACTIONARY FORCE BY SGT. NEEL WAS
     USED TO FREE OFFICER KOSANOVICH'S LEFT WRIST. INMATE HAMZE
     THEN GRABBED SGT. NEEL'S RIGHT HAND AND PULLED IT INTO HIS

CELL DOOR FLAP, USING HIS BODY WEIGHT IN AN ATTEMPT TO BREAK SGT. NEEL'S RIGHT ARM. FORCE WAS UTILIZED TO FREE SGT. NEEL'S ARM AND AS A RESULT OF INMATE HAMZE'S BATTERY, SGT. NEEL SUSTAINED INJURIES AND HAD TO SEEK OUTSIDE MEDICAL

--------------------------------------------------------------------------------
```
  DC#: L81379   INMATE NAME: HAMZE, ABDELAZIZ              INFRACTION
  VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO            DATE: 06/05/2018
  FACILITY CODE:  135     NAME:  SANTA ROSA ANNEX          TIME: 08:22
```
--------------------------------------------------------------------------------

    TREATMENT FOR A LACERATION TO HIS RIGHT HAND. A MENTAL
    HEALTH CONSULTATION FORM WAS COMPLETED BY THE SENIOR MENTAL
    HEALTH CLINICIAN ATTESTING THAT THE INMATE'S MENTAL
    CONDITION DID NOT CONTRIBUTE TO THE OFFENSE AND DID NOT
    INTERFERE WITH HIS PARTICIPATION IN THE DISCIPLINARY PRO
    CESS. THE INMATE REFUSED TO APPEAR AT THE DR HEARING AND
    SIGN THE DC6-112D WAIVER. ALL EVIDENCE AND WITNESS
    STATEMENTS WERE CONSIDERED BY THE DISCIPLINARY TEAM. INMATE
    HAMZE WAS PROVIDED WITH A COPY OF THE TEAM'S FINDING. HE WAS
    ADVISED HE HAS 15 DAYS TO APPEAL THE TEAM'S FINDING. THE
    DISCIPLINARY TEAM APPLIED 28 DAYS OF ADMINISTRATIVE
    CONFINEMENT TO THE PENALTY.
    THIS DR IS RUNNING CONCURRENT TO 135-180968.

  HEARING DELAY COMMENTS:
    THE DELAY IN THE DISCIPLINARY PROCESS WAS DUE TO THE
    INMATE'S MENTAL HEALTH STATUS AND EVALUATION.

```
 ACTIONS TAKEN:
  LOSS OF GAIN TIME:         24; PROBATION DAYS SET:   0
  DISCIPLINARY CONFINEMENT:  32; PROBATION DAYS SET:   0 CONCURRENT
  ALTERNATIVE HOUSING:     0000;
                           0000                000

  RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:       ▓▓▓▓ - CALDWELL, R. F.
  TEAM MEMBERS:        ▓▓▓▓ - SETTLEMIRES, COREY M        -
```
--------------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
      WARDEN:     ▓▓▓▓ - NEAL, M.M.         DATE: 07/05/2018
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
      WARDEN:          -                     DATE: 00/00/0000
--------------------------------------------------------------------------------

  INFORMATIONAL NOTES:
    MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:    0 DAYS
--------------------------------------------------------------------------------
DC4-804