
Exhibit B

PREPARED BY: T119ANB BOUTWELL, AMBER N.          INCIDENT NUMBER: 0000860872
INCIDENT TYPE: 10A PHYSICAL ABUSE                STATUS OF INCIDENT: ENTERED
REPORT DATE:   06/08/2018                        REPORT TIME:   16:18
INCIDENT DATE: 06/05/2018                        INCIDENT TIME: 08:22
REPORTING FACILITY: 135 SANTA ROSA ANNEX         INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX         INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 76 MENTAL HEALTH UNIT         DAY CODE: 2      SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 06/06/2018          W-B REVIEW BY:
IG NUMBER:                                       UOF NUMBER:
IG ASSIGNED:                                     DATE ASSIGNED:
INJURIES: N         STG/STI INVOLVEMENT: U       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N               INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|------|-------|-----------|---|---|-----------|
| REPORTING EMPLOYEE (S) | | | | | |
| JACKSON, MATTHEW P. | CORRECTIONAL OFFICER MA | | 1 | 1 | |
| VICTIMS (S) | | | | | |
| HAMZE, ABDELAZIZ  . | ACTIVE INMATE | | 1 | 1 | L81379 |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
|----------------------|------|---------|----------|----------|

DESCRIPTION OF INCIDENT:
    ON JUNE 06, 2018, INMATE HAMZE, ABDELAZIZ DC#L81379 WAS
    INVOLVED IN AN USE OF FORCE. WHILE REVIEWING THE HANDHELD
    CAMERA VIDEO INMATE HAMZE MADE ALLEGATIONS THAT "THEY" THE
    STAFF BROKE HIS ARM. PLEASE REFER TO IR# 13A-18-0380, MINS#
    860486 (27A- UOF), MINS# 860494 (15F), MINS# 860491 (17L),
    AND MINS# 860533 (10A).

PREPARED BY: T119ANB BOUTWELL, AMBER N.        INCIDENT NUMBER: 0000860533
INCIDENT TYPE: 10A PHYSICAL ABUSE              STATUS OF INCIDENT: ENTERED
REPORT DATE:   06/07/2018                      REPORT TIME:   13:21
INCIDENT DATE: 06/05/2018                      INCIDENT TIME: 08:22
REPORTING FACILITY: 135 SANTA ROSA ANNEX       INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX       INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 76 MENTAL HEALTH UNIT       DAY CODE: 2      SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 06/06/2018        W-B REVIEW BY:
IG NUMBER:                                     UOF NUMBER:
IG ASSIGNED:                                   DATE ASSIGNED:
INJURIES: N        STG/STI INVOLVEMENT: U      PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|------|-------|-----------|---|---|-----------|
| REPORTING EMPLOYEE (S) | | | | | |
| JACKSON, MATTHEW P. | CORRECTIONAL OFFICER MA | | 1 | 1 | |
| SUBJECT (S) | | | | | |
| HAMZE, ABDELAZIZ  . | ACTIVE INMATE | | 1 | 1 | L81379 |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
|----------------------|------|---------|----------|----------|

DESCRIPTION OF INCIDENT:
    ON JUNE 06, 2018, INMATE HAMZE, ABDELAZIZ DC#L81379 WAS
    INVOLVED IN AN USE OF FORCE.  INMATE HAMZE ALLEGES THAT THE
    RESTRAINTS USED DURING THE USE OF FORCE WERE TOO TIGHT.
    PLEASE REFER TO IR# 13A-18-0380, MINS# 860486 (27A- UOF),
    MINS# 860494 (15F), MINS# 860491 (17L).

ASSIGNED CELL, Q-2115S, WHERE HE WAS SECURED WITHOUT FURTHER
INCIDENT.

PREPARED BY: T119ANB BOUTWELL, AMBER N.        INCIDENT NUMBER: 0000860494
INCIDENT TYPE: 15F INJURIES                    STATUS OF INCIDENT: ENTERED
REPORT DATE:   06/07/2018                      REPORT TIME:   11:39
INCIDENT DATE: 06/05/2018                      INCIDENT TIME: 08:22
REPORTING FACILITY: 135 SANTA ROSA ANNEX       INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX       INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 76 MENTAL HEALTH UNIT       DAY CODE: 2       SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 06/06/2018        W-B REVIEW BY:
IG NUMBER:                                     UOF NUMBER:
IG ASSIGNED:                                   DATE ASSIGNED:
INJURIES: Y        STG/STI INVOLVEMENT: U      PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A

            NAME                 TITLE        BIRTHDATE  R S    ID NUMBER
------------------- ---------------------- ---------- - - ----------------
REPORTING EMPLOYEE (S)
  KOSANOVICH, GRANT T. CORRECTIONAL OFFICER              1 1
SUBJECT (S)
  HAMZE, ABDELAZIZ  . ACTIVE INMATE                      1 1 L81379

CONTRABAND RECOVERED        TYPE    POSSESS   QUANTITY       UNIT MSR
------------------------    ------  -------   ----------     --------


DESCRIPTION OF PHYSICAL EVIDENCE:
     DC4-701C: EMERGENCY ROOM RECORD; DC4-708: DIAGRAM OF INJURY.


MEDICAL DEPT. DESCRIPTION OF INJURIES:
     I/M HAMZE- LEFT MINOR EDEMA/BRUISING, 2 ABRASIONS
     APPROXIMATELY 2CM X 3CM AND 1CM X 2 CM.


DESCRIPTION OF INCIDENT:
     ON JUNE 06, 2018, INMATE HAMZE, ABDELAZIZ DC#L81379 WAS
     INVOLVED IN A USE OF FORCE. INMATE HAMZE INJURIES NOTED WERE
     TO HIS LEFT ARM WITH TWO ABRASIONS, SCANT BLEEDING, AND
     MINOR EDEMA AND BRUISING. PLEASE REFER TO IR# 13A-18-0380,
     MINS# 860486 (27A- UOF), MINS# 860491 (17L),


ACTION TAKEN:
     INMATE HAMZE INJURIES NOTED WERE TO HIS LEFT ARM WITH TWO
     ABRASIONS, SCANT BLEEDING, AND MINOR EDEMA AND BRUISING. AT
     APPROXIMATELY 8:31AM, UPON THE COMPLETION OF INMATE HAMZE'S
     MEDICAL EXAMINATION, INMATE HAMZE WAS ESCORTED BACK TO HIS

KOSANOVICH ATTEMPTED TO SECURE THE HEIGHTENED SECURITY
HANDCUFFING PORTAL PARTITION. AT THIS TIME, INMATE HAMZE
REACHED OUT THE HAND CUFFING PORTAL BOX AND FORCEFULLY
GRABBED OFFICER KOSANOVICH'S LEFT ARM AND ATTEMPTED TO PULL
HIS HAND AND ARM IN TO THE HAND CUFFING PORTAL UTILIZING THE
CELL DOOR AS LEVERAGE. OFFICER SIMMONS AND OFFICER
KOSANOVICH THEN UTILIZED REACTIONARY PHYSICAL FORCE BY
GRABBING INMATE HAMZE'S HANDS AND APPLIED A PULLING FORCE IN
ORDER TO PREVENT INMATE HAMZE FROM PULLING OFFICER
KOSANOVICH'S ARM INSIDE THE HANDCUFFING PORTAL. SERGEANT
JUSTIN NEEL, WHO WAS ALSO PRESENT, BEGAN ADMINISTERING
HAMMER FISTS TO INMATE HAMZE'S LEFT FOREARM IN AN ATTEMPT TO
FREE OFFICER KOSANOVICH'S LEFT ARM FROM INMATE HAMZES GRASP.
AT THIS TIME, INMATE HAMZE RELEASED OFFICER KOSANOVICH'S
ARM AND GRABBED SERGEANT NEEL'S RIGHT HAND.  INMATE HAMZE
PROCEEDED TO PULL SERGEANT NEEL'S RIGHT ARM INTO THE CELL
THROUGH THE HAND CUFFING PORTAL AND BEGAN UTILIZING HIS
PERSONAL BODYWEIGHT IN A DOWNWARD DIRECTION IN AN ATTEMPT
BREAK SERGEANT NEEL'S ARM. AS OFFICER LEE PEACOCK, OFFICER
SIMMONS AND OFFICER KOSANOVICH PULLED SERGEANT NEEL'S ARM
FROM THE HANDCUFFING PORTAL, INMATE HAMZE'S GRASP WAS
BROKEN. INMATE HAMZE PLACED HIS ARMS BACK INSIDE THE
HANDCUFFING PORTAL AND THE HANDCUFFING PORTAL WAS SECURED.
AT THIS TIME ALL FORCE CEASED. PLEASE REFER TO IR#
13A-18-0380, MINS# 860486 (27A- UOF).

ACTION TAKEN:

INMATE HAMZE WILL RECEIVE A DISCIPLINARY REPORT FOR 1-15;
BATTERY ON STAFF AND PICTURES OF STAFF INJURIES WILL BE
ATTACHED TO THIS REPORT.SERGEANT NEEL, AND OFFICER
KOSANOVICH, RECEIVED A POST USE OF FORCE MEDICAL EXAMINATION
WITH INJURIES NOTED.SERGEANT JUSTIN NEEL INJURIES NOTED
WERE 2CM ABRASION, EDEMA AND ERYTHEMA TO RIGHT HAND DORSAL
SIDE, PAIN AND NUMBNESS TO RIGHT HAND, OFFICER KOSANOVICH'S
INJURIES NOTED WERE LEFT FOREARM 1CM X 4CM ABRASION, 1CM X
3CM ABRASION, AND 1CM X 3CM ABRASION AND ERYTHEMA

PREPARED BY: T119ANB BOUTWELL, AMBER N.       INCIDENT NUMBER: 0000860491
INCIDENT TYPE: 17L BATTERY OF LAW ENFORCEMENT  STATUS OF INCIDENT: ENTERED
REPORT DATE:   06/07/2018                      REPORT TIME:   11:29
INCIDENT DATE: 06/05/2018                      INCIDENT TIME: 08:22
REPORTING FACILITY: 135 SANTA ROSA ANNEX       INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX       INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 76 MENTAL HEALTH UNIT       DAY CODE: 2        SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 06/06/2018        W-B REVIEW BY:
IG NUMBER:                                     UOF NUMBER:
IG ASSIGNED:                                   DATE ASSIGNED:
INJURIES: Y       STG/STI INVOLVEMENT: U       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A

|          NAME          |          TITLE          | BIRTHDATE | R | S | ID NUMBER |
| ---------------------- | ----------------------- | --------- | - | - | --------- |
| REPORTING EMPLOYEE (S) |                         |           |   |   |           |
| JACKSON, MATTHEW P.    | CORRECTIONAL OFFICER MA |           | 1 | 1 |           |
| SUBJECT (S)            |                         |           |   |   |           |
| HAMZE, ABDELAZIZ  .    | ACTIVE INMATE           |           | 1 | 1 | L81379    |
| VICTIMS (S)            |                         |           |   |   |           |
| NEEL, JUSTIN P.        | CORRECTIONAL OFFICER SE |           | 1 | 1 |           |
| KOSANOVICH, GRANT T.   | CORRECTIONAL OFFICER    |           | 1 | 1 |           |

| CONTRABAND RECOVERED | TYPE | POSSESS | QUANTITY | UNIT MSR |
| -------------------- | ---- | ------- | -------- | -------- |

DESCRIPTION OF PHYSICAL EVIDENCE:
    DC4-701C: EMERGENCY ROOM RECORD; DC4-708: DIAGRAM OF INJURY.


MEDICAL DEPT. DESCRIPTION OF INJURIES:
    SERGEANT JUSTIN NEEL INJURIES NOTED WERE 2CM ABRASION, EDEMA
    AND ERYTHEMA TO RIGHT HAND DORSAL SIDE, PAIN AND NUMBNESS TO
    RIGHT HAND, OFFICER KOSANOVICH'S INJURIES NOTED WERE LEFT
    FOREARM 1CM X 4CM ABRASION, 1CM X 3CM ABRASION, AND 1CM X
    3CM ABRASION AND ERYTHEMA, AND OFFICER THOMAS SIMMONS - NO
    INJURIES NOTED.


DESCRIPTION OF INCIDENT:
    ON JUNE 06, 2018, AT APPROXIMATELY 8:22AM, OFFICER
    KOSANOVICH WAS ASSISTING OFFICER THOMAS SIMMONS IN REMOVING
    WRIST RESTRAINTS FROM INMATE HAMZE, ABDELAZIZ DC#L81379
    AFTER HE WAS SECURED BACK IN HIS ASSIGNED CELL, Q-2115S.
    AFTER OFFICER SIMMONS REMOVED THE RESTRAINTS, OFFICER

HANDCUFFING PORTAL PARTITION. AT THIS TIME, INMATE HAMZE
REACHED OUT THE HAND CUFFING PORTAL BOX AND FORCEFULLY
GRABBED OFFICER KOSANOVICH'S LEFT ARM AND ATTEMPTED TO PULL
HIS HAND AND ARM IN TO THE HAND CUFFING PORTAL UTILIZING THE
CELL DOOR AS LEVERAGE. OFFICER SIMMONS AND OFFICER
KOSANOVICH THEN UTILIZED REACTIONARY PHYSICAL FORCE
BY GRABBING INMATE HAMZE'S HANDS AND APPLIED A PULLING FORCE
IN ORDER TO PREVENT INMATE HAMZE FROM PULLING OFFICER
KOSANOVICH'S ARM INSIDE THE HANDCUFFING PORTAL.SERGEANT
JUSTIN NEEL, WHO WAS ALSO PRESENT, BEGAN ADMINISTERING
HAMMER FISTS TO INMATE HAMZE'S LEFT FOREARM IN AN ATTEMPT TO
FREE OFFICER KOSANOVICH'S LEFT ARM FROM INMATE HAMZES
GRASP. AT THIS TIME, INMATE HAMZE RELEASED OFFICER
KOSANOVICH'S ARM AND GRABBED SERGEANT NEEL'S RIGHT HAND.
INMATE HAMZE PROCEEDED TO PULL SERGEANT NEEL'S RIGHT ARM
INTO THE CELL THROUGH THE HAND CUFFING PORTAL AND BEGAN
UTILIZING HIS PERSONAL BODYWEIGHT IN A DOWNWARD DIRECTION IN
AN ATTEMPT BREAK SERGEANT NEEL'S ARM. AS OFFICER LEE
PEACOCK, OFFICER SIMMONS AND OFFICER KOSANOVICH PULLED
SERGEANT NEEL'S ARM FROM THE HANDCUFFING PORTAL, INMATE
HAMZE'S GRASP WAS BROKEN. INMATE HAMZE PLACED HIS ARMS BACK
INSIDE THE HANDCUFFING PORTAL AND THE HANDCUFFING PORTAL WAS
SECURED. AT THIS TIME ALL FORCE CEASED. PLEASE REFER TO
IR# 13A-18-0380.

ACTION TAKEN:

    AT APPROXIMATELY 8:50AM, LIEUTENANT SETTLEMIRES CONTACTED
    DUTY WARDEN MICHAEL PABIS AND ADVISED HIM OF THIS INCIDENT.
    AT APPROXIMATELY 8:52AM, LIEUTENANT SETTLEMIRES CONTACTED
    EAC AND CRIMINAL JUSTICE COMMUNICATIONS LIAISON SNOW, WHO
    ISSUED REFERENCE NUMBER 2018-05-15458 FOR THIS INCIDENT.
    OFFICER SIMMONS INITIATED A DC1-801 (CHAIN OF CUSTODY) FOR
    THE DIGITAL VIDEO DISC, WHICH WILL ACCOMPANY THIS REPORT.
    INMATE HAMZE WILL RECEIVE A DISCIPLINARY REPORT FOR 1-15;
    BATTERY ON STAFF AND PICTURES OF STAFF INJURIES WILL BE
    ATTACHED TO THIS REPORT. LIEUTENANT SETTLEMIRES WITNESSED
    BUT DID NOT UTILIZE FORCE DURING THIS INCIDENT. AFTER REVIEW
    OF THE HAND HELD VIDEO AND ALL REPORTS, IT APPEARS THAT
    THIS USE OF FORCE IS IN COMPLIANCE WITH CHAPTER 33-602.210.
    FORWARD TO UOF FOR FURTHER REVIEW /AB

PREPARED BY: T119ANB BOUTWELL, AMBER N.      INCIDENT NUMBER: 0000860486
INCIDENT TYPE: 27A IN SELF DEFENSE           STATUS OF INCIDENT: USE OF FOR
REPORT DATE:   06/07/2018                    REPORT TIME:   11:23
INCIDENT DATE: 06/05/2018                    INCIDENT TIME: 08:22
REPORTING FACILITY: 135 SANTA ROSA ANNEX     INCIDENT REGION: 1
INCIDENT FACILITY : 135 SANTA ROSA ANNEX     INCIDENT IG OFFICE: 01
INCIDENT LOCATION: 76 MENTAL HEALTH UNIT     DAY CODE: 2      SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 06/06/2018      W-B REVIEW BY:
IG NUMBER:                                   UOF NUMBER: 18-10011
IG ASSIGNED:                                 DATE ASSIGNED: 06/08/2018
INJURIES: Y        STG/STI INVOLVEMENT: U    PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y    WEAPONS USED: N           INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
EVIDENCE LOC: TEMP STORAGE LOCATIONS
DORM/WING/FLOOR/CELL/BED: Q- - -  -          SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y   CHM: N   MED RSTR: N    VIDEO: HANDHELD: Y   WING: N


          NAME                 TITLE           BIRTHDATE  R S     ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
PARTICIPANT (S)
  NEEL, JUSTIN P.     CORRECTIONAL OFFICER SE                1 1
  KOSANOVICH, GRANT T. CORRECTIONAL OFFICER                  1 1
  SIMMONS, THOMAS J.  CORRECTIONAL OFFICER                   1 1
SUBJECT (S)
  HAMZE, ABDELAZIZ  .  ACTIVE INMATE                         1 1 L81379


CONTRABAND RECOVERED        TYPE     POSSESS    QUANTITY      UNIT MSR
------------------------  ------   -------   ----------   --------


MEDICAL DEPT. DESCRIPTION OF INJURIES:
      I/M HAMZE- LEFT MINOR EDEMA/BRUISING, 2 ABRASIONS
      APPROXIMATELY 2CM X 3CM AND 1CM X 2 CM.  STAFF: SERGEANT
      JUSTIN NEEL INJURIES NOTED WERE 2CM ABRASION, EDEMA AND
      ERYTHEMA TO RIGHT HAND DORSAL SIDE, PAIN AND NUMBNESS TO
      RIGHT HAND, OFFICER KOSANOVICH'S INJURIES NOTED WERE LEFT
      FOREARM 1CM X 4CM ABRASION, 1CM X 3CM ABRASION, AND 1CM X
      3CM ABRASION AND ERYTHEMA, AND OFFICER THOMAS SIMMONS - NO
      INJURIES NOTED.


DESCRIPTION OF INCIDENT:
      ON JUNE 06, 2018, AT APPROXIMATELY 8:22AM, OFFICER
      KOSANOVICH WAS ASSISTING OFFICER THOMAS SIMMONS IN REMOVING
      WRIST RESTRAINTS FROM INMATE HAMZE, ABDELAZIZ DC#L81379
      AFTER HE WAS SECURED BACK IN HIS ASSIGNED CELL, Q-2115S.
      AFTER OFFICER SIMMONS REMOVED THE RESTRAINTS, OFFICER
      KOSANOVICH ATTEMPTED TO SECURE THE HEIGHTENED SECURITY

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### CHAIN OF CUSTODY

Case: 18- _1001_      Inspector: _____

Offense: _____      Subject: _Hamze, Abdelaziz L81379_

Victim: _____      Comments: _____

Evidence Description: _Digital Video on Disc_ _____

Location of Evidence Found: _EverFocus Digital Video Surveilance System at Santa Rosa Correctional Inst._

Recovered by: _Officer J. Unruh_    Date: _6-5-18_    Time: _1052_ (a.m.)p.m.

From: _Officer J. Unruh_    Date: _6-5-18_

To: _Jackson_    Time: _202_    a.(m./p.m.)

Method of Transfer: _Physical_    Reason for Transfer: _Review_

From: _Jackson_    Date: _6/12/18_

To: _Unruh_    Time: _2∞_    a.m./p.m.

Method of Transfer: _Phyls_    Reason for Transfer: _Review_

From: _Unruh_    Date: _6/12/18_

To: _____    Time: _300_    a.m.(p.m.)

Method of Transfer: _Mail_    Reason for Transfer: _Process_

From: _____    Date: **RECEIVED** DEPARTMENT OF CORRECTIONS

To: _____    Time:   JUN 14 2018    a.m./p.m.

Method of Transfer: _____    Reason for Transfer: OFFICE OF INSPECTOR GENERAL USE OF FORCE UNIT

From: _____    Date: _____

To: _____    Time: _____ a.m./p.m.

Method of Transfer: _____    Reason for Transfer: _____

APPENDIX - D
**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**CHAIN OF CUSTODY**

Case: 18- _1001_ _____ Inspector: _____

Offense: _Use of Force_ _____ Subject: _Hamze, Abdelaziz L81379_ _____

Victim: _____ Comments: _Continuation Page Two_ _____

Evidence Description: _Digitally Recorded Video Disc_ _____

Location of Evidence Found: ___ - Dormitory Digital Video Recorder _____

Recovered by: _N/A_ _____ Date: _N/A_ _____ Time: _N/A_ ___ a.m./p.m.

From: _Unah_ _____ Date: _6/12/18_ _____

To: _____ Time: _3ᵒᵒ_ _____ a.m./p.m.

Method of Transfer: _Mar_ _____ Reason for Transfer: _Process_ _____

From: _____ Date: _RECEIVED DEPARTMENT OF CORRECTIONS_

To: _____ Time: _JUN 1 4 2018_ ___ a.m./p.m.

Method of Transfer: _____ Reason for Transfer: _OFFICE OF INSPECTOR GENERAL USE OF FORCE UNIT_

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

Method of Transfer: _____ Reason for Transfer: _____

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

Method of Transfer: _____ Reason for Transfer: _____

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

Method of Transfer: _____ Reason for Transfer: _____

DC1-801 (Effective 11/13)     Incorporated by Reference in Rule 33-602.203, F. A. C.

APPENDIX - D
## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case: 18-1001    Inspector: _____

Offense: Reactionary Use of Force    Subject: Inmate Hamze, Abdelaziz DC#L81379

Victim: _____    Comments: _____

Evidence Description: Digitally Recorded Video Disc

Location of Evidence Found: Digital Video Recorder Q Dormitory

---

Recovered by: Officer Thomas Simmons    Date: June 05, 2018  Time: 8:22    **a.m.**/p.m.

From: Officer Thomas Simmons    Date: June 05, 2018

To Lieutenant Corey Settlemires    Time: 12:00    a.m./**p.m.**

Method of Transfer: Hand Delivered    Reason for Transfer: Review

---

From: Lieutenant Corey Settlemires    Date: June 05, 2018

To: Security Hallway Major's Office    Time: 7:00 pm    a.m./p.m.

Method of Transfer: Hand Delivered    Reason for Transfer: Review

---

From: Security Hallway lock box    Date: 6/6/18

To: Major Matt Jackson    Time: 5¹⁰    **a.m.**/p.m.

Method of Transfer: Hand    Reason for Transfer: Review

---

From: Major Matt Jackson    Date: 6/12/18

To: M. Rabis    Time: 8:20    **a.m.**/p.m.

Method of Transfer: Hand    Reason for Transfer: RECEIVED
DEPARTMENT OF CORRECTIONS

From: M. Pabis    Date: 6/12/18 JUN 14 2018

To: J. Unruh    Time: 9⁴⁰  OFFICE OF INSPECTOR GENERAL    **a.m.**/p.m.
USE OF FORCE UNIT

Method of Transfer: _____    Reason for Transfer: Review

DC1-801 (Effective 11/13)    Incorporated by Reference in Rule 33-602.203, F. A. C.

**DETAILS OF INCIDENT (cont.):**_____

**Shift Supervisor Department Head
COMMENT (cont.):**_____

**REVIEW (cont.):**_____

**REVIEW (cont.):**_____

Supporting Documents Attached _____

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution Annex | **Use of Force Incident Report Number:** | 13A-18-0380C |
| **Reporting Employee:** | Sergeant Justin Neel | **PREA Number:** | |
| **Employee ID Number:** | | **Date of incident:** | June 05, 2018 |
| **Person(s) Involved:** | Inmate Hamze, Abdelaziz DC#L81379 | **Time of incident:** | Approximately 8:22am |
| | Officer Thomas Simmons | **Witness(es):** | |
| | Officer Grant Kosanovich | | |

Control Room Log Entry Made: ☒ Yes ☐ No  
Inmate Placed in Confinement: ☐ Yes ☒ No  
Duty Warden Notified: ☒ Yes ☐ No  Time: 8:50am  
EAC Notified: ☒ Yes ☐ No  Time: 8:52am  
Supporting Documents Attached  Yes

Disciplinary Report Initiated: ☒ Yes ☐ No  
Work Order Initiated: ☐ Yes ☒ No  
MINS Initiated: ☒ Yes ☐ No  
Duty Officer Name:  Snow 2018-06-15458

**DETAILS OF INCIDENT:** On June 06, 2018, I was assigned to the Santa Rosa Correctional Institution Mental Health Unit as an "Admin" Shift Housing Sergeant. At approximately 8:22am, Officer Thomas Simmons was removing wrist restraints from Inmate Hamze, Abdelaziz DC#L81379, after he was secured back in his assigned cell, Q2115s. After Officer Simmons removed the restraints, Officer Grant Kosanovich attempted to secure the heightened security handcuffing portal partition. At this time, Inmate Hamze reached out the hand cuffing portal box and forcefully grabbed Officer Kosanovich's left arm and attempted to pull his hand and arm in to the hand cuffing portal utilizing the cell door as leverage. Officer Kosanovich and Officer Simmons then utilized reactionary physical force by grabbing Inmate Hamze's hands and applied a pulling force in order to prevent Inmate Hamze from pulling Officer Kosanovich's arm inside the handcuffing portal. At this time, I began administering hammer fists to Inmate Hamze's left forearm in an attempt to free Officer Kosanovich's left arm from Inmate Hamzes grasp. At this time, Inmate Hamze released Officer Kosanovich's arm and grabbed my right hand. Inmate Hamze proceeded to pull my right arm into the cell through the hand cuffing portal and began utilizing his personal bodyweight in a downward direction in an attempt break my arm. As Officer Lee Peacock, Officer Kosanovich and Officer Simmons pulled my arm from the handcuffing portal. Inmate Hamze's grasp was broken. Inmate Hamze placed his arms back inside the handcuffing portal and the handcuffing portal was secured. At this time all force ceased. I received a post use of force medical examination with injuries noted: 2cm abration, edema and erythema to right hand dorsal side. I utilized only the minimal amount of force necessary to overcome Inmate Hamze's battery on staff.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Sergeant Justin Neel  
**Reporting Employee's Name (Print)**  **Reporting Employee's Signature**  June 05, 2018  **Date**

**Shift Supervisor/Department Head**  
**COMMENT:** Reference use of force documentation and incident report submitted by Officer Kosanovich on June 05, 2018.

Lieutenant Corey Settlemires  
**Shift Supervisor's/ Department Head's Name (Print)**  **Shift Supervisor's Signature**  June 05, 2018  **Date**

REVIEW: Supplemental Report

Major Matthew Jackson  
**Correctional Officer Chief's Name (Print)**  **Correctional Officer Chief's Signature**  6/6/18  **Date**

REVIEW: Addendum

Warden Walker Clemmons  
**Warden's Name (Print)**  **Warden's Signature** for  6/12/18  **Date**

DETAILS OF INCIDENT (cont.): _____

_____
_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor Department Head**
COMMENT (cont.):_____

_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont.):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont.):**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached _____

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution Annex | **Use of Force Incident Report Number:** | _13A -18 - 6380B_ |
| **Reporting Employee:** | Officer Lee Peacock | **PREA Number:** | |
| **Employee ID Number:** | | **Date of incident:** | June 05, 2018 |
| **Person(s) Involved:** | Inmate Hamze, Abdelaziz DC#L81379 | **Time of incident:** | Approximately 8:22am |
| | Sergeant Justin Neel | **Witness(es):** | |
| | Officer Grant Kosanovich | | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time: 8:50am | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No  Time: 8:52am | Duty Officer Name: | Snow 2018-06-15458 |
| Supporting Documents Attached | Yes | | |

**DETAILS OF INCIDENT:** On June 06, 2018, I was assigned to the Santa Rosa Correctional Institution Mental Health Unit as an "Admin" Shift Housing Officer. At approximately 8:22am, Officer Thomas Simmons was removing wrist restraints from Inmate Hamze, Abdelaziz DC#L81379, after he was secured back in his assigned cell, Q2115s. After Officer Simmons removed the restraints, Officer Grant Kosanovich attempted to secure the heightened security handcuffing portal partition. At this time, Inmate Hamze reached out the hand cuffing portal box and forcefully grabbed Officer Kosanovich's left arm and attempted to pull his hand and arm in to the hand cuffing portal utilizing the cell door as leverage. Officer Kosanovich and Officer Simmons then utilized reactionary physical force by grabbing Inmate Hamze's hands and applied a pulling force in order to prevent Inmate Hamze from pulling Officer Kosanovich's arm inside the handcuffing portal. At this time, Sergeant Justin Neel began administering hammer fists to Inmate Hamze's left forearm in an attempt to free Officer Kosanovich's left arm from Inmate Hamzes grasp. At this time, Inmate Hamze released Officer Kosanovich's arm and grabbed Sergeant Neel's right hand. Inmate Hamze proceeded to pull Sergeant Neel's right arm into the cell through the hand cuffing portal and began utilizing his personal bodyweight in a downward direction in an attempt break Sergeant Neel's arm. As Officer Kosanovich, Officer Simmons, and I pulled Sergeant Neel's arm from the handcuffing portal, Inmate Hamze's grasp was broken. Inmate Hamze placed his arms back inside the handcuffing portal and the handcuffing portal was secured. At this time all force ceased. I witness but did not utilize force during this incident.

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Lee Peacock | | June 05, 2018 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/Department Head**
**COMMENT:** Reference use of force documentation and incident report submitted by Officer Kosanovich on June 05, 2018.

| | | |
|---|---|---|
| Lieutenant Corey Settlemires | | June 05, 2018 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

REVIEW: _Supplemental Report_

| | | |
|---|---|---|
| Major Matthew Jackson | | 6/6/18 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

REVIEW: _Addendum_

| | | |
|---|---|---|
| Warden Walker Clemmons | | 6/12/18 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont.):** Video recording ran uninterrupted through the entirety of the incident. At approximately 8:33am, Lieutenant Settlemires gave a brief closing statement and video recording ceased. I received a post use of force medical examination with no injuries noted. I utilized only the minimal amount of force necessary to overcome Inmate Hamze's battery on staff.

**Shift Supervisor Department Head**
**COMMENT (cont.):**

**REVIEW (cont.):**

**REVIEW (cont.):**

Supporting Documents Attached _____

## INCIDENT REPORT

| | | Use of Force Incident Report Number: | 13A-18-6380A |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution Annex | | |
| **Reporting Employee:** | Officer Thomas Simmons | **PREA Number:** | |
| **Employee ID Number:** | | **Date of incident:** | June 05, 2018 |
| **Person(s) Involved:** | Inmate Hamze, Abdelaziz DC#L81379 | **Time of incident:** | Approximately 8:22am |
| | Sergeant Justin Neel | **Witness(es):** | |
| | Officer Grant Kosanovich | | |

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time: 8:50am | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No  Time: 8:52am | Duty Officer Name: Snow 2018-06-15458 |
| Supporting Documents Attached | Yes | |

**DETAILS OF INCIDENT:** On June 06, 2018, I was assigned to the Santa Rosa Correctional Institution Mental Health Unit as an "Admin" Shift Housing Officer. At approximately 8:22am, I was removing wrist restraints from Inmate Hamze, Abdelaziz DC#L81379, after he was secured back in his assigned cell, Q2115s. After I removed the restraints, Officer Grant Kosanovich attempted to secure the heightened security handcuffing portal partition. At this time, Inmate Hamze reached out the hand cuffing portal box and forcefully grabbed Officer Kosanovich's left arm and attempted to pull his hand and arm in to the hand cuffing portal utilizing the cell door as leverage. Officer Kosanovich and I then utilized reactionary physical force by grabbing Inmate Hamze's hands and applied a pulling force in order to prevent Inmate Hamze from pulling Officer Kosanovich's arm inside the handcuffing portal. Sergeant Justin Neel, who was also present, began administering hammer fists to Inmate Hamze's left forearm in an attempt to free Officer Kosanovich's left arm from Inmate Hamzes grasp. At this time, Inmate Hamze released Officer Kosanovich's arm and grabbed Sergeant Neel's right hand. Inmate Hamze proceeded to pull Sergeant Neel's right arm into the cell through the hand cuffing portal and began utilizing his personal bodyweight in a downward direction in an attempt break Sergeant Neel's arm. As Officer Lee Peacock, Officer Kosanovich and I pulled Sergeant Neel's arm from the handcuffing portal, Inmate Hamze's grasp was broken. Inmate Hamze placed his arms back inside the handcuffing portal and the handcuffing portal was secured. At this time all force ceased. At approximately 8:24am, I initiated video recording procedures as Lieutenant Corey Settlemires gave a brief lead-in statement. Inmate Hamze was restrained and escorted to medical for his post use of force medical examination. Inmate Hamze was returned to his assigned cell, Q2115s, without further incident.

(Continued)

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Thomas Simmons | | June 05, 2018 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/Department Head**
**COMMENT:** Reference use of force documentation and incident report submitted by Officer Kosanovich on June 05, 2018.

| | | |
|---|---|---|
| Lieutenant Corey Settlemires | | June 05, 2018 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

REVIEW: Supplemental Report

| | | |
|---|---|---|
| Major Matthew Jackson | | C/6/18 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

REVIEW: Addendum.

| | | |
|---|---|---|
| Warden Walker Clemmons | | 6/12/18 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont.):** I received a post use of force medical examination with injuries noted to my left forearm: 1cm x 4cm abrasion, 1cm x 3cm abrasion, and 1cm x 3cm abrasion and erythma. I utilized only the minimal amount of force necessary to overcome Inmate Hamze's battery on staff.

**Shift Supervisor Department Head**

**COMMENT (cont.):** Inmate Hamze was placed in restraints by Officer Samuel Errickson and Officer Raymond Konzelman and escorted to the Q Dormitory medical triage room. Inmate Hamze injuries noted were to his left arm with two abrasions, scant bleeding, and minor edema and bruising. At approximately 8:31am, upon the completion of Inmate Hamze's medical examination. Inmate Hamze was escorted back to his assigned cell, Q2115s, where he was secured without further incident. Sergeant Neel, and Officer Kosanovich, received a post use of force medical examination with injuries noted. Sergeant Neel's injuries noted were 2cm abrasion, edema and erythema to right hand dorsal side, pain and numbness to right hand. Officer Simmons received a post use of force medical examination with no injuries noted. At approximately 8:50am, I contacted Duty Warden Michael Pabis and advised him of this incident. At approximately 8:52am, I contacted EAC and Criminal Justice Communications Liaison Snow, who issued reference number 2018-05-15458 for this incident. Officer Simmons initiated a DC1-801 (Chain of Custody) for the digital video disc, which will accompany this report. Inmate Hamze will receive a disciplinary report for 1-15: Battery on Staff and pictures of staff injuries will be attached to this report. I witnessed but did not utilize force during this incident.

**REVIEW (cont.):**

**REVIEW (cont.):**

Supporting Documents Attached _____

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution Annex | **Use of Force Incident Report Number:** | *13A-18-0380* |
| **Reporting Employee:** | Officer Grant Kosanovich | **PREA Number:** | |
| **Employee ID Number:** | ▓▓▓ | **Date of incident:** | June 05, 2018 |
| **Person(s) Involved:** | Inmate Hamze, Abdelaziz DC#L81379 | **Time of incident:** | Approximately 8:22am |
| | Sergeant Justin Neel | **Witness(es):** | |
| | Officer Thomas Simmons | | |

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time: 8:50am | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No  Time: 8:52am | Duty Officer Name: Snow 2018-06-15458 |
| Supporting Documents Attached | Yes | |

**DETAILS OF INCIDENT:** On June 06, 2018, I was assigned to the Santa Rosa Correctional Institution Mental Health Unit as an "B" Shift Housing Officer. At approximately 8:22am, I was assisting Officer Thomas Simmons in removing wrist restraints from Inmate Hamze, Abdelaziz DC#L81379 after he was secured back in his assigned cell, Q211s. After Officer Simmons removed the restraints, I attempted to secure the heightened security handcuffing portal partition. At this time, Inmate Hamze reached out the hand cuffing portal box and forcefully grabbed my left arm and attempted to pull my hand and arm in to the hand cuffing portal utilizing the cell door as leverage. Officer Simmons and I then utilized reactionary physical force by grabbing Inmate Hamze's hands and applied a pulling force in order to prevent Inmate Hamze from pulling my arm inside the handcuffing portal. Sergeant Justin Neel, who was also present, began administering hammer fists to Inmate Hamze's left forearm in an attempt to free my left arm from Inmate Hamzes grasp. At this time, Inmate Hamze released my arm and grabbed Sergeant Neel's right hand. Inmate Hamze proceeded to pull Sergeant Neel's right arm into the cell through the hand cuffing portal and began utilizing his personal bodyweight in a downward direction in an attempt break Sergeant Neel's arm. As Officer Lee Peacock, Officer Simmons and I pulled Sergeant Neel's arm from the handcuffing portal, Inmate Hamze's grasp was broken. Inmate Hamze placed his arms back inside the handcuffing portal and the handcuffing portal was secured. At this time all force ceased. At approximately 8:24am, Officer Simmons initiated video recording procedures as Lieutenant Corey Settlemires gave a brief lead-in statement. Inmate Hamze was restrained and escorted to medical for his post use of force medical examination. Inmate Hamze was returned to his assigned cell, Q211s, without further incident.
(Continued)

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

| | | |
|---|---|---|
| Officer Grant Kosanovich | *[signature]* | June 05, 2018 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/Department Head**
**COMMENT:** I was present in wing two of Q Dormitory during this use of force. I observed Inmate Hamze grab Officer Kosanovich, then it became necessary for staff to utilize reactionary force in order to protect themselves from possible injury caused by Inmate Hamze's illegal use of force. Staff were able to escape Inmate Hamze's grasp and secure the hand cuffing portal. At approximately 8:24am, Officer Thomas Simmons began video recording with the Q Dormitory handheld video camera as I provided a brief lead-in statement. (Continued)

| | | |
|---|---|---|
| Lieutenant Corey Settlemires | *[signature]* | June 05, 2018 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** *MINS 27A, 10A, 17*

*After Review of the Hand Held video And all Reports, It Appears that this use of Force Is In Compliance with chapter 33-602.210. I Reviewed the Fixed Wing video with No Discrepancies Noted.*

| | | |
|---|---|---|
| Major Matthew Jackson | *[signature]* | *6/6/18* |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** *Initial review 6/6/18 pm. The documentation in this packet appears to be in compliance with Chapter 33-602.210. All video footage reviewed by Major Jackson. Additional MINS completed for allegations made by inmate.*

| | | |
|---|---|---|
| | #860533 (10A)  #860872 (10A) | |
| #860486 (27A) | #860491 (17L)  # 860494 (15F) | |
| Warden Walker Clemmons | *[signature]* for | *6/12/18* |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence  06|05|18

Date injury assessed by medical  06|05|18

Time of occurrence  0820

Time injury assessed by medical  0840

☐ No injury identified

Description of injury (L) firearm - 1cm x 4cm abraison and 2-1cm x 3cm

abraisons.

M. REYES, LPN
Santa Rosa CI / Annex

~Mreyp

Staff Signature

~~Inmate~~ Name  Kosanovich, G.

~~DC#~~ employee _____ Race/Sex _____

Date of Birth _____

Institution  SRCI

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

## FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| **Check all that apply:** | ☐ Inmate | ☒ Employee | ☐ Visitor | |
| | ☒ Post-Use-of-Force Exam | | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: __0820__     Time of exam: __0840__

Description of occurrence:

__Use of Force__

Post Use of Chemical Agent Instructions: Shower without soap?  ☒ N/A   ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing  ☐ Remain in upright position  ☐ Do Not apply lotion to the skin  ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:     Temperature __98__  Pulse __82__  Respiration __20__  O2 Sat __100__ % Blood Pressure __120 / 84__

Arrived via:  ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply):  ☒ Alert   ☒ Oriented x 4 (person, place, time, situation)  ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? _____

Examination summary:
__① forearm - 1cm X 4cm abrasion, 1cm X 3cm abrasion, 1 X 5cm abrasion__
__c̄ erythema.__

Physician notified?   ☒ No  ☐ Yes     Name: _____     Time: _____

Treatment provided?   ☐ No  ☒ Yes     If yes, describe: __Cleansed area c̄ soap and__
__water__

Response to Treatment:
__Tolerated well__

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☒ Other (explain):
__Duty__

Discharge Instructions and Education:
__Follow up c̄ Primary Care Physician__

Health Care Provider's Signature and Stamp: __meya__     Date/Time: __06/05/18 @ 0840__

Reviewing Physician's Signature and Stamp: _____     Date/Time: _____

| **Name** __Kosanovich, G__ | **Inmate Distribution:** | White—Health Record |
| **DC#** __employee__  Race/Sex __W\M__ | | Canary—Inspector General |
| **Date of Birth** | | Pink—Local Requirements |
| **Institution** __SRCI__ | **Employee Distribution:** | White—Safety Officer/Designee |
| | | Canary—Employee Copy |
| | | Pink—DESTROY |



Date of occurrence __06|05|18__

Date injury assessed by medical __06|05|18__

☐ No injury identified

Time of occurrence __0820__

Time injury assessed by medical __0840__

Description of injury ⓑ dorsal side of hand - 2cm abrasion ℒ

edema and erythema noted.

_____

M. REYES, LPN
Santa Rosa CI / Annex

Staff Signature

Inmate Name _Neel, J._

DC# _employee_    Race/Sex _WM_

Date of Birth _____

Institution _SRCI_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

**Check all that apply:** ☐ Inmate ☒ Employee ☐ Visitor
☒ Post-Use-of-Force Exam ☐ Injury ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 0820   Time of exam: 0840

Description of occurrence: Use of Force

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A ☐ Yes ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature 97.9 Pulse 88 Respiration 20 O2 Sat 99 % Blood Pressure 126 / 82

Arrived via: ☒ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☒ C/O pain? If checked, where? ② hand

Examination summary:
2cm abrasion ē edema and erythema to (R) hand dorsal
side. Pain and numbness to ② hand

Physician notified? ☒ No ☐ Yes    Name: N|A    Time: N|A

Treatment provided? ☐ No ☒ Yes    If yes, describe: wound cleanser to wound

Response to Treatment:
Pt displays signs of pain - tolerated well

Disposition: ☐ Population ☐ Confinement ☐ Infirmary ☐ Hospital ☐ Rescue ☒ Other (explain): Urgent Care

Discharge Instructions and Education:
Follow up w/ Physician

Health Care Provider's Signature and Stamp: M. REYES, LPN Santa Rosa CI / Annex    Date/Time: 06|05|18 @ 0840

Reviewing Physician's Signature and Stamp:_____    Date/Time:_____

**Name** Neel, J.
**DC#** employee    Race/Sex W\M
**Date of Birth**
**Institution** SRCI

**Inmate Distribution:**
White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence  06/05/18

Time of occurrence  0825

Date injury assessed by medical  06/05/18

Time injury assessed by medical  0830

☐ No injury identified

Description of injury  Ⓛ arm minor edena/brusing c̄ 2 abrasions - approx.

2cm x 3cm  and  1cm x 2cm

M. REYES, LPN
Santa Rosa CI / Annex

Staff Signature

**Inmate Name**    Hamze, Abdelaziz
**DC#**_____    L81379  W/M
**Date of Birth**
**Institution**___

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☑ Inmate | ☐ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☒ Post-Use-of-Force Exam | | ☐ Injury | ☐ Physical Alteration |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury.* If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 0825    Time of exam: 0830

Description of occurrence:

Use of Force

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A ☐ Yes ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:    Temperature 97.5 Pulse 102 Respiration 22 O2 Sat 99 % Blood Pressure 140 / 100    1421b

Arrived via: ☒ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert ☐ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:
(L) minor edema/brusing ī 2 abresions scant bleed well contralled
(approximately 2cm x 3cm and 1cm x 2 cm)

Physician notified? ☒ No ☐ Yes    Name:____ N|A ____    Time: N|A

Treatment provided? ☒ No ☒ Yes    If yes, describe: Wound Cleanser and abr ointment
to abrasions

Response to Treatment:
P+ tolerated well

Disposition: ☐ Population ☐ Confinement ☐ Infirmary ☐ Hospital ☐ Rescue ☒ Other (explain):
Security

Discharge Instructions and Education:
Follow up ī medical as needed

Health Care Provider's Signature and Stamp: M. REYES, LPN
Santa Rosa CI / Annex    Date/Time: 06 |05 |18 @ 0830

Reviewing Physician's Signature and Stamp: S. Melvin, ARNP
Santa Rosa CI / Annex    Date/Time: 06/07/18 @ 1235

| Name | Hamze, Abdelaziz | **Inmate Distribution:** | White—Health Record |
|---|---|---|---|
| DC# | LB1379 Race/Sex W\M | | Canary—Inspector General |
| Date of Birth | | | Pink—Local Requirements |
| Institution | SRCI | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

CA ending weight in Grams: N/A    Weighed by: N/A                                Time: N/A

Inmate injuries: Yes: ☒ No: ☐ Injury Type: Left arm minor edema/bruising, 2 abrasions scant bleed well controlled

Staff injuries:    Yes: ☒ No: ☐ Injury Type: Officer Kosanovich; left forearm abrasions. Sergeant Neel; abrasion/ adema to dorsal of right hand

Outside Medical Treatment: Yes: ☐ No: ☒ Time: N/A

## Additional Comments:

N/A

| Witnesses: Lieutenant Corey Settlemires | Witnesses: N/A |
| Witnesses: Officer Lee Peacock | Witnesses: N/A |
| Witnesses: N/A | Witnesses: N/A |

Subject Inmate ☐ accepted (DC6-112C attached) ☒ declined to make a statement.
If other Witnesses choose to make a statement, attach the appropriate DC6-112C.
Total number of DC6-112C attached to report: __0__

### Under penalties of perjury, I declare that I have read the foregoing Report of Force Used and that the facts stated in it are true.

Full Name and Signature:    Officer Grant Kosanovich    _Grant Kosanovich_    Date: June 08, 2018
Rank and Name of Reporting Officer

I have read Section I of this report in its entirety, I solemnly swear or affirm that the contents of this report are true and accurate as written to the best of my knowledge. I have been given the opportunity to make additional comments if needed. (Check "See Attachment" below if you disagree with Section I.) Attach your additional comments to this report. Each UOF Participant must sign below.

| Participant: Sergeant Justin Neel | Agree with Section I: Yes  See Attachment: No |
| Participant: Officer Thomas Simmons | Agree with Section I: Yes  See Attachment: No |
| Participant: N/A | Agree with Section I: N/A  See Attachment: N/A |
| Participant: N/A | Agree with Section I: N/A  See Attachment: N/A |

Use additional Sheets if necessary for Participants:

## II.    WARDEN'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).
This report appears to be ✓ / not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C.

Signature: _Michael Palm  For_                                Date: 6/12/18
Warden

## III.    INSPECTOR GENERAL'S REVIEW

☒ Complies with Rules and Procedures        ☐ Does not comply with Rules and Procedures

(Reason for Non-Compliance): _____

Signature OIG UOF Unit: _____ **MATT WARD**        _MWard_    Date: 6/15/18

#### Abbreviations Key
CA - Chemical Agents
CN - Cloroacetophene
CS - Orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile
FCE - Forced Cell Extraction
MR - Medical Restraints
OIC - Officer in Charge
OIG - Office of the Inspector General
OC - Oleoresin Capsicum (Pepper Spray)
UOF - Use of Force

RECEIVED
DEPARTMENT OF CORRECTIONS

JUN 1 4 2018

OFFICE OF INSPECTOR GENERAL
USE OF FORCE UNIT

Received in UOF Unit

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
# (INSTITUTION)

## REPORT OF FORCE USED

Use of Force #: 18- 1001 /1

Institution/Office: Santa Rosa Correctional Institution - Annex                Time: 8:22am Date: June 05, 2018

Inmate Name: Hamze, Abdelaziz                                                  Inmate DC Number: L81379

Type of Force Used: Chemical: ☐    Physical: ☒
Type of Reaction:   Reactionary: ☒  Organized: ☐
Type of Video:   Fixed Wing: ☒   Handheld: ☒   Date and Time on Camera: June 05, 2018        8:24am

## I.    REPORT OF PERSON(S) USING FORCE -

### IA.    Narrative of Pre- Event

N/A.

Inmate Initially counseled by: N/A                          Time: N/A        Results: N/A

Risk Assessment Review by: N/A                              Time: N/A

Organized Intervention requested by:   N/A                  From: N/A                    Time: N/A

Type of approved intervention:    OC: ☐  CS: ☐  FCE: ☐  MR: ☐   Other: N/A
Camera Operator (Rank and Full Name):    Officer Thomas Simmons

Lead in statement by OIC (Rank and Full Name):   Lieutenant Corey Settlemires

Final Order given by (Rank and Full Name): N/A                                            Time: N/A

Order advised "If disruptive behavior continues chemical agents will be administered."

Chemical agents obtained by: N/A                            Time: N/A        Weight Out in Grams: N/A

From: N/A

Inmate behavior:   Comply: ☐   Disruptive: ☐   Time: N/A        Time disruptive again: N/A

### IB.    Narrative of Event:

After Officer Simmons removed the restraints, I attempted to secure the heightened security handcuffing portal partition. At this time, Inmate Hamze reached out the hand cuffing portal box and forcefully grabbed my left arm and attempted to pull my hand and arm in to the hand cuffing portal utilizing the cell door as leverage. Officer Simmons and I then utilized reactionary physical force by grabbing Inmate Hamze's hands and applied a pulling force in order to prevent Inmate Hamze from pulling my arm inside the handcuffing portal. Sergeant Justin Neel, who was also present, began administering hammer fists to Inmate Hamze's left forearm in an attempt to free my left arm from Inmate Hamzes grasp. At this time, Inmate Hamze released my arm and grabbed Sergeant Neel's right hand. Inmate Hamze proceeded to pull Sergeant Neel's right arm into the cell through the hand cuffing portal and began utilizing his personal bodyweight in a downward direction in an attempt break Sergeant Neel's arm. As Officer Lee Peacock, Officer Simmons and I pulled Sergeant Neel's arm from the handcuffing portal, Inmate Hamze's grasp was broken. Inmate Hamze placed his arms back inside the handcuffing portal and the handcuffing portal was secured. At this time all force ceased. See Additional Comments.

Staff Administering CA(Full Name and Rank): N/A                                    Certification Exp.: N/A

Chemical Agent Canister Size: N/A                Make: N/A

First Application of CA:    Time: N/A    Type: N/A    Amount in Grams: N/A

Second Application of CA:   Time: N/A    Type: N/A    Amount in Grams: N/A

Inmate behavior:  Compliant: ☐  Non-compliant: ☐   Time: N/A

Additional intervention requested by: N/A

Approved by: N/A                                    Type of Additional Intervention: N/A

Forced Cell Extraction:  Time: N/A    Additional CA Time: N/A    Amount in Grams: N/A

**Additional CA Intervention after Third Application (minimum of one hour from last application):**

**(Start a second Use of Force as a continuation if additional CA is administered.)**

### IC.    Post Event

Inmate compliant time: 8:23am     Showered time: N/A     Medical Evaluation Time: 8:28am

If Inmate refused shower, counseled by: N/A                        Medical Staff: LPN M. Reyes

Staff offering shower every 30 minutes    Name: N/A
up to 2 hours after final exposure:       Time: N/A      Time: N/A      Time: N/A      Time: N/A

Time Inmate issued clean clothing: N/A        Time placed in secure decontaminated cell: 10:35am  8:31am

Inmate monitored for 45-60 minutes for respiratory distress by: N/A

DC6-230 (Effective 1/18)     Incorporated by Reference in Rule, 33-602.210, F. A. C.