IN THE US NORTHERN DISTRICT COURT OF FLORIDA

Abdelaziz Hamze,
  v.                                  Case No.: 22-4978
Neel, et al,

RECEIVED NWFRC JUL 17 2023 INMATE INITIALS A.H.

## Response to Defense's Motion in Limine

Comes Now the plaintiff Abdelaziz Hamze, in pro-se, and files the foregoing response to Defense's motion in limine and states in support:

1. In their motion in limine, Defense moves to bar "Plaintiff's claims and he should not be allowed to present evidence that the force was excessive." (Doc. 69, pg. 4, par. 1), in their motion's first argument.

2. In their motion's second argument, defense argues that "based on Plaintiff's claims being barred under Heck and Balisok, at a minimum, Plaintiff's evidence and testimony should be limited as such evidence would be inadmissible." They seek to bar the plaintiff from merely arguing or testifying or claiming that the

FILED USDC FLND PN JUL 19 '23 AM 10:18   JFJ

— 1 of 3

force used in the June 5 incident was excessive or at all inappropriate.

## ANALYSIS

In analyzing defense's arguments and their merits, it becomes immediately and clearly evident that their motion in limine is frivolous, and unduly prejudicial to the plaintiff, for several reasons:

1. It is Dispositive in nature. If their request is granted, even only to the extent of eliminating evidence and testimony that the force used on June 5 was excessive, that would necessarily result in a Judgement in defense's favor regarding these claims and would dispose of these claims. Dispositive motions are, by far, out of time at this point.

2. It raises again the same claims that were addressed and adjudicated on the merits in order (Doc. 55) denying leave to file out-of-time motion for Summary Judgement. (See Doc. 55, pg. 3, F.N. 1)

"The determination of whether allowing a party to file a late motion for summary Judgement --- necessarily requires an assessment of the merits of the arguments that the party intends to raise in the motion ---"

Therefore, this court clearly made a determination on the merits raised in the instant motion in limine, since they are merely a repeat of the arguments raised in their motion for leave to file out of time motion for Summary Judgement (Doc. 54).

WHEREFORE, the doctrines of Res-Judicata and Collateral Estoppel bar defense from re-arguing their grounds, in their motions (Doc. 68 & 69), by which their motion in limine is a frivolous pleading and should be denied as such.

Abdelaziz Hamze
7.17.2023

## CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed via US mail to:

Clerk of Court
1 N. Palafox Street
Pensacola, FL 32502-1742

&

Attorney General
PL 01 - The Capitol
Tallahassee, FL 32399-0855

On the 17th day of July 2023.

Abdelaziz Hamze
N.W.F.R.C.

- 3 of 3 -

Abdelaziz Hamze, #L81379
N.W.F.R.C. — Main Unit
455 Sam Mitchell Drive
(Chipley,) FL 32428-3505

Clerk, US District Court
1 N. Palafox Street
Pensacola, FL 32502-1742