3:22cv04978-TKW-ZCB

# IN THE US NORTHERN DISTRICT COURT OF FLORIDA

Abdelaziz Hamze,
v.
Neel, et al,

Case No.: 22-4978

## Motion for Extension to Respond to Motion in Limine

Comes now the plaintiff Abdelaziz Hamze, in pro-se, and requests a 25 day extension to respond to the state's motion in limine filed on 7.9.23 and states:

1. Plaintiff is currently without any access to the law library. He has been denied entry to the law library at all for over a week ago and cannot prepare a response with access to a research database.

2. The plaintiff has no other assistance from any outside source nor a source in prison, and he is the only source of any response he would file and of its substance.

Abdelaziz Hamze
7-14-23

## CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed via US mail to: Clerk at 1 N. Palafox St. Pensacola, FL 32502-1649 & Attorney General PL01- The Capitol - Tallahassee, FL 32399-4299 on the 14th day of July 2023.

Abdelaziz Hamze
NWFRC.
FILED USDC FLND PN JFJ
JUL 19 '23 AM 10:20

Abdelaziz Hamza, #L81379
Northwest Florida Reception Center
4455 Sam Mitchell Dr
Inmate Mail
Chipley, FL 32428-3501

FORWARD
FORWARD

Mailed From PENSACOLA FL 325
Correctional JUL 2023 PM
Institution

JUL 19 2023



Clerk, US District Court
1 N. Palafox Street
Pensacola, FL 32502-1649