UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.

LT. SETTLEMYERS, *et al.*,

    Defendants.

Case No. 3:22-cv-4978-TKW-ZCB

**NOTICE OF APPEARANCE**

Please take notice that Joshua Tarjan of The Tarjan Law Firm P.A. appears as co-counsel (with James M. Slater of Slater Legal PLLC) on behalf of Plaintiff Abdelaziz Hamze. The certificate of service for all pleadings, orders, and other papers in this action should include **Joshua Tarjan** at The Tarjan Law Firm P.A., 12372 SW 82 Avenue, Pinecrest, FL 33156 and josh@tarjanlawfirm.com.

Dated: July 20, 2023.

Respectfully submitted,

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
THE TARJAN LAW FIRM P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
(305) 423-8747

(323) 243-3186 (cell)
(786) 842-4430 (fax)

josh@tarjanlawfirm.com

*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ Joshua Tarjan*
Joshua Tarjan