UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                                             Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMYERS, et al.**,

    **Defendants**.

_____/

**ORDER**

This case is before the Court based on Plaintiff's pro se motion for extension of time to respond to motion in limine (Doc. 72). The motion is moot because, after it was filed, timely responses to the motion in limine were file by Plaintiff (Doc. 71) and newly appeared counsel (Doc. 74). Accordingly, it is

**ORDERED** that Plaintiff's pro se motion for extension of time (Doc. 72) is **DENIED as moot.**

**DONE and ORDERED** this 20th day of July, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**