UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                                        Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMYERS, et al.**,

    **Defendants**.

_____/

<u>**ORDER AUTHORIZING FILING UNDER SEAL**</u>

Upon due consideration of the unopposed motion to file documents under seal (Doc. 77), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff's counsel may file the petition to approve attorney fee contract and supporting documents under seal.

**DONE and ORDERED** this 28th day of July, 2023.

_[signature]_

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**