UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.	Case No. 3:22cv4978-TKW-ZCB

LT. SETTLEMYERS, et al.,

    Defendants.
_____/

## ORDER APPROVING ATTORNEY FEE CONTRACT

Upon due consideration of the verified petition to approve attorney fee contract (Doc. 79) and its attachments, it is

**ORDERED** that the attorney fee contract (Doc. 79 at 15-20) is approved. *See* Fla. R. Prof. Cond. 4-1.5(f)(4)(D)(iii).

**DONE and ORDERED** this 1st day of August, 2023.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE