UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE,**

   Plaintiff,

                                                      **Case No. 3:22-cv-04978-TKW/ZCB**

**LT. SETTLEMYERS, et al.,**

   Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of the undersigned attorney as counsel for Defendants SETTLEMYERS, KOSANOVICH, SIMMONS, SMITH, NEEL and WHITE. All future pleadings, orders, documents and correspondence in this case should be served upon the undersigned.

                                      Respectfully submitted,

                                      **ASHLEY MOODY**
                                      **ATTORNEY GENERAL**

                                      /s/Samantha-Josephine Baker
                                      Samantha-Josephine Baker
                                      Senior Assistant Attorney General
                                      Florida Bar No. 105714
                                      Office of the Attorney General
                                      Civil Litigation Central
                                      3507 E. Frontage Road, Suite 150
                                      Tampa, Florida 33607
                                      Tel: (813) 233-2880 | Fax: (813) 281-1859
                                      Samantha.Baker@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of August 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

/s/Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General