UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

      **Plaintiff**,

**v.**                                    **Case No. 3:22cv4978-TKW-ZCB**

**LT. SETTLEMYERS, et al.**,

      **Defendants**.

_____/

## ORDER DENYING LEAVE TO AMEND

This case is before the Court based on Defendants' motion for leave to file amended answer (Doc. 83) and Plaintiff's response in opposition (Doc. 84).  Upon due consideration of these filings, the Court agrees with Plaintiff that Defendants have not shown the "good cause" necessary to amend their answers after the deadline established in the scheduling order.[1] S*ee Millennium Partners, L.P. v. Colmar Storage, LLC*, 494 F.3d 1293, 1298-99 (11th Cir. 2007) (affirming denial of leave to amend answer because of defendant's delay in attempting to add affirmative defenses).  Accordingly, for the reasons stated in the argument section of Plaintiff's response, it is

---

[1] The deadline in the scheduling order for amending the pleadings was nearly a year ago—August 30, 2022.  *See* Doc. 19 at ¶2.

**ORDERED** that Defendants' motion for leave to file amended answer is

**DENIED.**

**DONE and ORDERED** this 11th day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**