UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                    Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMYERS, et al.**,

    **Defendants**.

_____/

## ORDER

Upon due consideration of Plaintiff's unopposed motion for telephonic appearance, etc. (Doc. 86), it is

**ORDERED** that:

1. The motion is **GRANTED in part** insofar as Plaintiff is not required to personally appear at the pretrial conference now that he is represented by counsel.

2. The motion is referred to the magistrate judge in all other respects.

**DONE and ORDERED** this 16th day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**