```
P/N  0 L81379     D              YT                   3 OATTDMD       PAGE: 07 +
                  INMATE DISCIPLINARY ACTIONS AS OF 06/02/23           TIME: 10:44
NAME: HAMZE, ABDELAZIZ                      DOC NO: L81379        STATUS: ACTIVE

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.


                       ---  CURRENT INCARCERATION ---
   DATE     DAYS           VIOLATION                     LOCATION
 --------   ----    ------------------------------    -------------------
 12/23/15     0     DISOBEYING ORDER                  UNION C.I.
 02/04/16    59     BATTERY/ATT/CO                    UNION C.I.
 04/15/16     0     DISOBEYING ORDER                  FLORIDA STATE PRISON
 04/26/16     0     DISOBEYING ORDER                  FLORIDA STATE PRISON
 05/06/16     0     DISOBEYING ORDER                  FLORIDA STATE PRISON
 07/26/16     0     DISOBEY REGULATIONS               SANTA ROSA ANNEX
 07/27/16     0     DISORDERLY CONDUCT                SANTA ROSA ANNEX
 12/11/16     0     DEST. OF ST. PROP.                SANTA ROSA C.I.
 12/12/16     0     DISOBEYING ORDER                  SANTA ROSA C.I.
 12/21/16     0     POSS OF WEAPONS                   SANTA ROSA C.I.
 05/08/17    20     BATTERY/ATT/CO                    SANTA ROSA C.I.
 05/15/17     0     TAMPER W/SEC. DEVICE              SANTA ROSA C.I.
 07/21/17     0     DISOBEYING ORDER                  SANTA ROSA C.I.
 08/09/17     4     MISUSE OF STATE PROP              R.M.C.- MAIN UNIT
```

```
 P/N  0 L81379     D              YT                      3 OATTDMD      PAGE: 08 +
                 INMATE DISCIPLINARY ACTIONS AS OF 06/02/23           TIME: 10:44
 NAME: HAMZE, ABDELAZIZ                   DOC NO: L81379        STATUS: ACTIVE

 THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
 FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.


                      ---  CURRENT INCARCERATION ---
    DATE      DAYS           VIOLATION                    LOCATION
  --------    ----   -----------------------------   -------------------
  09/13/17      0    MISUSE OF STATE PROP            R.M.C.- MAIN UNIT
  09/13/17      0    BATTERY/ATT/CO                  R.M.C.- MAIN UNIT
  09/14/17      0    DISOBEYING ORDER                R.M.C.- MAIN UNIT
  10/07/17      0    DISOBEYING ORDER                FLORIDA STATE PRISON
  11/11/17      0    DISOBEYING ORDER                FLORIDA STATE PRISON
  12/11/17      0    DISOBEYING ORDER                FLORIDA STATE PRISON
  01/10/18      0    MISUSE OF STATE PROP            FLORIDA STATE PRISON
  01/20/18      0    BATTERY/ATT/CO                  FLORIDA STATE PRISON
  06/05/18     24    BATTERY/ATT/CO                  SANTA ROSA ANNEX
  06/05/18      0    BATTERY/ATT/CO                  SANTA ROSA ANNEX
  01/17/19      0    FAIL.HOUSING HYG.               SUWANNEE C.I
  03/18/19      0    SPOKEN THREATS                  SUWANNEE C.I
  04/02/19      0    DISOBEYING ORDER                SUWANNEE C.I
  05/13/19      0    BATTERY/ATT/INMATE              SUWANNEE C.I
```

```
P/N  0 L81379    D          YT                    3 OATTDMD      PAGE: 09 +
                  INMATE DISCIPLINARY ACTIONS AS OF 06/02/23     TIME: 10:44
NAME: HAMZE, ABDELAZIZ                   DOC NO: L81379      STATUS: ACTIVE
```

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

```
                    --- CURRENT INCARCERATION ---
   DATE     DAYS           VIOLATION                   LOCATION
 --------   ----    ------------------------------   -------------------
 06/10/19    0      DISOBEYING ORDER                 SUWANNEE C.I
 07/15/19    0      SPOKEN THREATS                   SUWANNEE C.I
 11/29/19    0      BATTERY/ATT/CO                   SUWANNEE C.I
 12/04/19    0      POSS OF WEAPONS                  SUWANNEE C.I
 04/28/20    0      DISOBEYING ORDER                 SUWANNEE C.I
 04/28/20    0      MISUSE OF STATE PROP             SUWANNEE C.I
 05/19/20    0      MISUSE OF STATE PROP             SUWANNEE C.I
 08/27/20    0      MISUSE OF STATE PROP             SUWANNEE C.I
 09/23/21    0      DISOBEYING ORDER                 TOMOKA C.I.
 01/24/23    0      DISRESP.TO OFFICIALS             CHARLOTTE C.I.
 02/28/23    0      FIGHTING                         CHARLOTTE C.I.
```