IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**
**DOC # L81379**,

    Plaintiff,

v.                                    Case No. 3:22-CV-4978-TKW/ZCB

**SETTLEMIERS, ET AL.**,

    Defendants.
_____/

**UNOPPOSED MOTION FOR DEFENDANTS AND RISK MANAGER TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE**

    Counsel for Defendants **Smith**, **Settlemiers**, **White**, **Kosanovich**, **Simmons**, and **Neel** ("Defendants"), having received the Court's Orders setting the settlement conference (Docs. 57, 58), now files the instant motion, requesting that Defendants and the Risk Manager be excused from attending the settlement conference in-person, and be allowed to attend by telephone or other virtual means. In support of this Motion, Defendants state:

1. On June 6, 2023, the presiding District Court Judge entered an Order Scheduling Trial and Pretrial Conference and Establishing Related Deadlines and Procedures. (Doc. 57). Said Order set a settlement conference

1

before Magistrate Zachary C. Bolitho to be held on September 29, 2023, with a separate order to issue. *Id*. at 2.

2. On June 7, 2023, the Magistrate Judge entered his separate Order establishing procedures and deadlines for the settlement conference. (Doc. 58). One of several requirements governed by the order concerns the in-person participation by each party or a representative/counsel with full authority to act on behalf of the party on September 29, 2023. *Id*. at 1.

3. The undersigned counsel submits she will attend on behalf of the Defendants in this matter and respectfully request this Court excuse their in-person attendance, as well as that of the Risk Manager, Stephen Hall. The undersigned will ensure all Defendants and Mr. Hall are available to be reached during the conference by telephone or other remote means.

4. In-person appearance would pose a hardship for the aforementioned individuals, but especially those who are no longer employed by the Department of Corrections. These individuals would incur travel costs in addition to use of their PTO and/or unpaid leave in order to attend the conference on September 29, 2023, and have to do so again for trial, currently set for October 30, 2023. Risk Manager Stephen Hall would also incur travel expenses to Pensacola from his office in Tallahassee, FL.

5. Allowing these individuals to appear by telephonic or remote means will in no way interfere with the parties' ability to settle the case if there is an agreement reached.

6. Additionally, counsel for Defendants discussed with Plaintiff's counsel prior to the filing of this Motion and requested their position on the relief sought herein. Plaintiff's counsel indicated that they **do not oppose** this Motion on September 14, 2023.

**WHEREFORE**, Counsel for Defendants respectfully request an Order excusing Defendants and the Risk Manager, Stephen Hall, from in-person appearance at the settlement conference scheduled for September 29, 2023.

Respectfully submitted,

**ASHLEY MOODY
ATTORNEY GENERAL**

/s/Erik Kverne
Erik Kverne
Senior Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Tel: (850) 414-3300 | Fax: (850) 488-4872
Erik.Kverne@myfloridalegal.com
*Counsel for Defendants*

/s/ Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General
Florida Bar No: 105714
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
Tel: (813) 577-4526 | Fax: (813) 281-1859
Samantha.Baker@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Unopposed Motion for Defendants and Risk Manager To Appear Remotely At Settlement Conference* was e-filed and served electronically on all counsel of record through CM/ECF on September 15, 2023.

/s/ Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General
Florida Bar No. 105714
Office of the Attorney General

4

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion totals **414** words, not exceeding the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

/s/ Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General
Florida Bar No. 105714
Office of the Attorney General

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that undersigned counsel has conferred with Plaintiff's counsel of record pursuant to N.D. Local Rule 7.1(B) prior to the filing of this Motion. Plaintiff's counsel indicated they do not object to the requested relief herein.

/s/ Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General
Florida Bar No. 105714
Office of the Attorney General