UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,
    Plaintiff,

v.    Case No.:  3:22cv4978/TKW/ZCB

LT. SETTLEMYERS, et al.,
    Defendants.
    _____/

## ORDER

Currently before the Court is Defendants' "Unopposed Motion for Defendants and Risk Manager to Appear Remotely at Settlement Conference." (Doc. 90). Counsel for Defendants requests the Court excuse the individual Defendants and Risk Manager from appearing in person at the settlement conference on September 29, 2023. (*Id.*).

As a general matter, the Court is not inclined to allow any parties or their representatives to appear virtually during court proceedings. Virtual court proceedings are a poor substitute for in person proceedings. However, given the unique circumstances of this case where the District Judge and the undersigned have already permitted Plaintiff to appear virtually at the pretrial conference and settlement conference, the Court will allow the individual Defendants and the Risk

1

Manager to do the same. Defense counsel is responsible for ensuring Defendants' and the Risk Manager's virtual presence throughout the settlement conference.[1]

**SO ORDERED** this 20th day of September 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] Any person with settlement authority must be available virtually throughout the conference. (*See* Doc. 58 at 1-2). The Court defers to defense counsel as to whether the individual Defendants have settlement authority. If they do, they must be available virtually throughout the conference.