UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.

LT. SETTLEMYERS, *et al.*,

    Defendants.

Case No. 3:22-cv-4978-TKW-ZCB

## **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's Order Scheduling Trial (Doc. 57), Plaintiff Hamze Abdelaziz requests that the Court include the following questions in its examination of prospective jurors. Defendants have no issue with a majority of the questions, but do object to questions 21, 40, and 41. Their objections are provided in bold text below those specific questions.

### **Introduction**

1. Before I begin, let me tell you a little bit about the case. This is a case involving a state prisoner, Abdelaziz Hamze, who is suing several correctional officers at Santa Rosa Correctional Institution for claims of excessive force. Mr. Hamze claims that on two occasions in 2018, several officers used unlawful and

excessive force on him resulting in a broken arm. The defendants deny that the force used was excessive or unlawful.

2. Have you heard anything about this case, in the newspaper, on the radio, on the Internet, on television, or from others?

   a. How did you hear about the case? (e.g., a friend, the newspaper, television). What did you hear/read/see?

   b. Based on anything that you have read, seen, or heard, have you formed any opinions about the investigation, the case, the charges, or the defendant that might make it difficult for you to be a fair and impartial juror in this case?

3. Do any of you feel, for any reason, that you could not view fairly and impartially a case involving the claims such as I have described?

## General Questions

4. The trial is expected to last approximately one week. The Court expects that the court day will last from about [Daily Start and Finish Time]. Do you have any commitments that would interfere with your serving as a juror at a trial that is expected to last that long?

5. Do you have a problem with your hearing or vision that would prevent you from giving attention to all the evidence at this trial?

6. Do you have any difficulty in understanding or reading English?

7. Do you have any other medical problems that might interfere with your service as a juror in this case?

## The Parties

8. As I noted before, the Plaintiff in this case is Abdelaziz Hamze. Do any of you know, or have you had any dealings, directly or indirectly, with Mr. Hamze or any relative or friend of his?

9. Mr. Hamze is represented today by James Slater of Slater Legal PLLC and Joshua Tarjan of The Tarjan Law Firm, P.A. Do any of you know or have you had any dealings with these attorneys, or any individuals in their offices?

10. The Defendants are Officers Neel, Kosonovich, Settlemyers, Simmons, Smith and White, who are correctional officers with the Florida Department of Corrections. Do any of you know, or have you had any dealings, directly or indirectly, with any of these officers or any of their relatives or friends?

11. The Defendants are represented by Erik Kverne and Samantha-Josephine Baker of the Florida Attorney General's Office. Do any of you know or have you had any dealings with these attorneys, or any individuals in their offices?

## Case-Specific Questions

12. Have you, any member of your family, or any close friend ever been employed by any law enforcement agency – federal, state, or local? Would your

dealings with this person prevent you from rendering a fair and impartial verdict here?

13. You will hear testimony from Mr. Hamze, who is a state prisoner. Is there any reason you would give less weight or credit to his testimony than you would give to the testimony of someone not in prison?

14. Do you have any beliefs or experiences that might make it difficult for you to judge the credibility of a prisoner?

15. Do you have any opinions or beliefs about how prisoners should be treated while incarcerated?

16. Do you believe that prisoners always exaggerate or lie about their treatment in custody?

17. Do you have any strong feelings or opinions about prisons or the people who are incarcerated?

18. How do you feel about the concept of prisoners having the same civil rights as others in our society?

19. Do you think that prisoners deserve to be treated humanely?

20. Do you have any strong feelings about the prison system in our country that would make it difficult for you to be impartial in this case?

21. Do you know of an example where a correctional officer used unlawful, excessive force against an inmate? If so, please share it.

4

      a.  **Defendants object to this question being posed to the entire panel. The question may be appropriate for individual *voir dire* if necessary, but posing it to the entire panel may prejudice the panel.**

22.  Do you believe correctional officers <u>never</u> use unlawful, excessive force against inmates?

23.  As I already noted, the Defendants were employed by the Florida Department of Corrections at Santa Rosa Correctional Institution.

      a.  Are any of you employed by the Florida Department of Corrections?

      b.  Do any of you know anyone employed by the Florida Department of Corrections?

24.  I would also like to ask if you or any of your close friends or family members ever worked in law enforcement or any correctional setting?

25.  Do you have any personal experiences with the prison system, either as an employee, a prisoner, or a visitor?

26.  Do you have any beliefs or opinions about personal injury or civil rights lawsuits?

27.  Would it be difficult for you to award damages to a state prisoner?

## Medical & Mental Health

28.  Have you ever had any training or experience in the medical field that would make you familiar with broken bones or injuries?

29. Do you have any preconceived notions or beliefs about people with mental health disorders?

30. Do you have any beliefs or experiences that might make it difficult for you to judge the credibility of someone with a mental health disorder?

31. Do you tend to believe that people with mental health disorders are less credible than people without mental health disorders?

## Evidence

32. Would it bother you if there were things about the plaintiff's past or criminal history that were not presented in this trial?

33. Would you have difficulty hearing graphic testimony related to injuries?

## Authority

34. Do you believe that prison guards should follow rules, just as prisoners should follow rules?

35. Would you be more inclined to believe the testimony of a correctional officer over that of an inmate solely based on their status—one being an officer, the other an inmate?

## Jury Service/Experience as Witness or Litigant

36. Have you ever served as a juror in either the state or federal courts?
    a. If so, when and in what court did you serve?

    b. What type of case?

    c. Was there anything about that experience that would impact your ability to sit as a fair and impartial juror in this case?

37. Have you ever been a witness in a lawsuit, whether in state or federal court?

38. Have you ever been involved in a lawsuit before whether as a plaintiff or defendant?

    a. If so, what type of case?

    a. Was there anything about that experience that would impact your ability to sit as a fair and impartial juror in this case?

39. Is there any reason you would especially like to serve as a juror on this case?

40. Is there anything we have not asked, but you believe is important for us to know or that might make you unsuitable to serve as a juror on this case?

    a. **Defendants object to this question due to the open nature of the question, and certain responses may prejudice the panel.**

## Conclusion

41. In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from any prior question, does any juror have the slightest doubt in his or her mind, for any

reason whatsoever, that he or she will be able to serve conscientiously, fairly and impartially in this case, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice—and according to the law as it will be explained to you?

    a. **Defendants object to this question due to the open nature of the question, and certain responses may prejudice the panel.**

Dated: September 22, 2023.

        Respectfully submitted,

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, FL 32302
        Tel: (305) 523-9023
        james@slater.legal.com

          -and-

        */s/ Joshua Tarjan*
        Joshua Tarjan (FBN 107092)
        The Tarjan Law Firm P.A.
        12372 SW 82 Avenue
        Pinecrest, FL 33156
        josh@tarjanlawfirm.com
        Tel. (305) 423-8747

        *Attorneys for Plaintiff*