*United States District Court*
**MINUTES - GENERAL**

Time Commenced: 9:26am  Case #: 3:22cv4978-TKW/ZCB

Time Concluded: 11:56am  Date: September 29, 2023

DOCKET ENTRY: Settlement Conference

PRESENT:   HON. Zachary C. Bolitho, MAGISTRATE JUDGE

Sylvia Williams
   Deputy Clerk

N/A
Court Reporter/Tape

Case Style: HAMZE v. SETTLEMYERS, et al.

**Defendant(s):**

Samantha-Josephine Baker, Esq.
Stephen Hall, Risk Management (via telephone)

**Plaintiff(s):**

James Slater, Esq.
Joshua Tarjan, Esq.
Abdelaziz Hamze, Pla (via telephone)

PROCEEDINGS:

Results of settlement conference:  IMPASSE

Filed 9/29/2023
CRD initials: SDW