UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,
    Plaintiff,

v.    Case No.: 3:22cv4978/TKW/ZCB

LT. SETTLEMYERS, et al.,
    Defendants.
    _____/

## SETTLEMENT CONFERENCE REPORT

On September 29, 2023, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b) and upon referral (*see* Doc. 57). The conference resulted in an **IMPASSE**.

**SO ORDERED** this 29th day of December 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge