# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:00 PM | Case No. | 3:22cv4978-TKW/ZCB |
| Time Concluded | 3:03 PM | Date | 9/292023 |

**DOCKET ENTRY:** Pretrial Conference held.  Order to be entered.

PRESENT: U.S. DISTRICT JUDGE   **T. KENT WETHERELL, II**    Paula Cawby    Donna Boland
                                                            Deputy Clerk   Court Reporter

**Style of Case:**   HAMZE v. SETTLEMYERS et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| James Slater | ABDELAZIZ HAMZE |
| Joshua Tarjan | |

| Defendant Counsel Present | Defendant |
|---|---|
| Samantha-Josephine Baker | SETTLEMYERS, et al |

**PROCEEDINGS**

| | |
|---|---|
| 1:00 PM | Court in Session |
| | Pre-trial Conference Hearing Held |
| | Court discusses trial procedures with counsel |
| | Trial to begin Monday 10/30/2023, Counsel to meet at 8:30 AM/Jury at 9:00 AM |
| | Opening 30 Minute Opening/60 Minute Closing |
| | Request of sequestration invoked |
| | Plaintiff's Motion in Limine  - Granted in part and denied in part |
| | Counsel to brief specified Jury Instructions (due by 10/23/2023) |
| | Settlement discussions continue (until 12:00 noon 10/27/2023) |
| 3:03 PM | Court adjourned |