UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.

LT. SETTLEMYERS, *et al.*,

    Defendants.

Case No. 3:22-cv-4978-TKW-ZCB

## PLAINTIFF'S PROPOSED SUPPLEMENTAL VOIR DIRE QUESTIONS

Pursuant to the Court's Order Scheduling Trial (Doc. 57), Plaintiff Hamze Abdelaziz requests that the Court include the following questions in its examination of prospective jurors in addition to the questions previously filed [Doc. 92].

### Anti-Arab & Muslim Bias Questions

1. Have you ever had any negative experiences or interactions with Arabs or Muslims that might influence your opinion in this case?

2. Would you be comfortable with a Muslim or Arab person living in your neighborhood?

3. How do you feel about the Arab-American and Muslim communities in general?

4. Do you know anyone who is Muslim or Arab?



FILED IN OPEN COURT
9/29/23
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

5. Have you ever worked with or had close relationships with individuals from Arab-American or Muslim backgrounds? If so, what was your experience with that person?

6. Do you believe Islam and American values are in conflict?

7. When you compare Islam to other religions, do you believe Islam is more encouraging of violence than other religions, equally encouraging of violence, or less encouraging of violence than other religions?

Dated: September 28, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
Tel: (305) 523-9023
james@slater.legal

-and-

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff*