**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

**v.**                                        **Case No. 3:22cv4978-TKW-ZCB**

**LT. SETTLEMYERS**, et al.,

    **Defendants**.

_____/

## ORDER ON MOTION IN LIMINE

This case is before the Court based on Plaintiff's omnibus motion in limine (Doc. 89).  Defendants did not file a response to the motion.  The parties were afforded an opportunity to present argument on the motion at the pre-trial conference held on September 29, 2023.  Upon due consideration of the motion and the parties' arguments, and for the reasons stated on the record at the pre-trial conference, it is **ORDERED** that:

1.    Plaintiff's omnibus motion in limine (Doc. 89) is:

    a.  **GRANTED in part** with respect to the first matter (nature of conviction and length of sentence), and Defendants may not present any evidence or argument concerning the nature of Plaintiff's criminal conviction;

b. **GRANTED in part** with respect to the second matter (disciplinary history), and Defendants may not present any evidence or argument regarding Plaintiff's disciplinary reports or history, with the exception of the disciplinary report related to the June 5, 2018, incident;

c. **GRANTED in part** with respect to the third matter (use of force incident reports), and Defendants may not present any evidence or argument regarding use-of-force incident reports except for the reports related to the June 5 and 10, 2018, incidents, and those incident reports shall be redacted as discussed at the pre-trial conference;

d. **GRANTED** with respect to the fourth matter (MINS incident reports), and Defendants may not introduce the MINS reports;

e. **GRANTED in part** with respect to the fifth matter (IG investigation), and Defendants may not present evidence or argument regarding the IG investigation into the incidents at issue in this case beyond the fact that the IG conducted an investigation and found no violation of the DOC use-of-force policies;

f. **GRANTED** with respect to the sixth matter (grievances), and Defendants may not present evidence or argument regarding grievances filed by Plaintiff with DOC that are unrelated to the June 5 and 10, 2018, incidents; and

g. **DENIED** in all other respects.

2.      These rulings are without prejudice to Defendants' ability to introduce the excluded evidence if Plaintiff "opens the door" to its admission or for impeachment purposes, but Defendants shall raise the issue with the Court at the bench before doing so.

3.      The Court will consider requests for clarification of these rulings (but not re-argument absent extraordinary circumstances) at the attorney conference on the first day of trial before jury selection.

**DONE and ORDERED** this 2nd day of October, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**