UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                                             Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMYERS**, **et al.**,

    **Defendants**.

_____/

**FINAL PRETRIAL ORDER**

This case came before the Court for a pretrial conference on September 29, 2023. The purpose of this Order is to establish the trial plan in accordance with Fed. R. Civ. P. 16(e) and to memorialize the rulings and discussions at the pretrial conference. Accordingly, it is **ORDERED** that:

1.     Trial Schedule.

    a.     The jury trial will begin at 8:30 a.m. on Monday, October 30, 2023, as previously ordered. Five days are reserved for trial, although the parties are expected to use only so much of that time as they reasonably need to efficiently try this case.

    b.     The Court will meet with the attorneys at 8:30 a.m. on the first day of trial, with jury selection commencing at 9:00 a.m. or as soon thereafter as the venire is assembled.

      c.      Each day of trial, there will be one break in the morning and one break in the afternoon of approximately 15 minutes each; the lunch break will be around noon and will be 60 to 90 minutes depending on the pace of the trial; and trial will end at, or shortly after, 5:00 p.m.  The start time for each subsequent day will be determined based on the pace of the trial, but will likely not be before 8:30 a.m.

    2.    <u>Opening Statements / Closing Arguments</u>.  Each party will be afforded 30 minutes for opening statements and 60 minutes for closing arguments, but they are expected to use only so much of that time as they reasonably need.  Plaintiff may divide his closing argument time between an initial and rebuttal argument.

    3.    <u>Rule of Sequestration</u>.  The Rule has been invoked.  The parties are responsible for instructing their respective witnesses about their obligations under the Rule.

    4.    <u>Exhibits</u>.  The parties shall provide each other a set of the exhibits that will be offered at trial, except for rebuttal exhibits that cannot be anticipated before trial.  The parties shall provide the clerk hardcopies of the exhibits as they are admitted into evidence at trial.  The exhibits shall not be filed before trial.

    5.    <u>Court Reporter</u>.  Any special request for court reporter services, such as a daily copy, must be submitted to the court reporter, Julie Wycoff, as soon as

possible. Her contact information is 850-470-8196 and Julie_Wycoff@flnd.uscourts.gov.

6. <u>Evidence Presentation System</u>.  Attorneys shall familiarize themselves with the Court's evidence presentation system prior to the time of trial.  Any questions about the system or other information technology matters should be directed to the Court's courtroom deputy clerk, Paula Cawby, at 850-470-8129 or paula_cawby@flnd.uscourts.gov.

7. <u>Jury selection</u>.  Jury selection will be conducted as explained at the pretrial conference, with the Court conducting voir dire and the parties selecting 8 jurors and no alternates.  Each side will have 3 preemptory challenges.

8. <u>Rulings</u>.

   a. The oral rulings on Plaintiff's motion in limine are memorialized in a contemporaneously issued order.

   b. The pleadings are conformed to reflect Plaintiff's dismissal of the battery claim in Count II of the complaint.

   c. The Court defers ruling on the parties' objections to the jury instructions and verdict form until the charge conference and further briefing from the parties on the issues of mitigation of damages, punitive damages, nominal damages, and qualified immunity.  The parties' briefs are due 7 days before the start of trial.

9. <u>Other Matters</u>.

    a. There will be no re-cross examination as a matter of course.

    b. The parties and attorneys may bring bottled drinks into the courtroom.

    c. The attorneys may bring cell phones and other electronic devices into the courtroom so long as the devices are silenced and do not become a distraction for counsel, the parties, or the Court.

    d. The parties and attorneys should familiarize themselves with the requirements of the Addendum to the Local Rules of the Northern District of Florida on Customary and Traditional Conduct and Decorum in the United States District Court, which the Court expects to be observed during the trial.

    e. Questions concerning the conduct of trial may be directed to the Court's law clerk, James Meslener, at 850-470-8101 or james_meslener@flnd.uscourts.gov.

**DONE and ORDERED** this 2nd day of October, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**