UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

     Plaintiff,

v.

LT. SETTLEMYERS, *et al.*,

     Defendants.

Case No. 3:22-cv-4978-TKW-ZCB

**JOINT STIPULATION REGARDING ADMISSIBILITY
OF CERTAIN RECORDS AT TRIAL**

To preserve judicial economy and avoid unnecessary and duplicative witnesses, the parties jointly stipulate to the admissibility of the following records at trial:

1.    Neither party will object to the admissibility of Plaintiff's medical records on the basis of authenticity and foundation. Such records include, without limitation, the x-ray images dated June 7, 2018 and July 27, 2018, attached as **Composite Attachment 1** hereto, radiology reports, radiology request forms, diagram of injury forms, emergency room records, cuff passes, inmate request forms and sick call requests. The parties specifically and expressly reserve the right to object to the medical records, including any portion thereof, on all other

grounds, including, without limitation, on the basis of hearsay, relevance, prejudice, or cumulativeness.

2.      Neither party will object to the admissibility of Defendants' respective medical records generated by Florida Department of Corrections at Santa Rosa Correctional Institution related to the June 5, 2018 incident on the basis of authenticity and foundation. The parties specifically and expressly reserve the right to object to the medical records, including any portion thereof, on all other grounds, including, without limitation, on the basis of hearsay, relevance, prejudice, or cumulativeness.

3.      Neither party will object to the admissibility of the fixed-wing and handheld videos from June 5, 2018.

4.      Neither party will object to the admissibility of the June 10, 2018 handheld video.

5.      Neither party will object to the admissibility of any Florida Department of Corrections policies and procedures in effect on June 5, 2018 and June 10, 2018, respectively.

6.       Neither party will object to the admissibility of any Florida Administrative Code rules or regulations in effect on June 5, 2018 and June 10, 2018, respectively.

7.      Unless Plaintiff opens the door, his medical records will be redacted to obscure any mention of his end of sentence date, length of incarceration, dates of incarceration, sentence details, and any statements, including by Plaintiff, regarding the length or nature of his sentence.

8.      This stipulation does not apply to any other records or exhibits, including any other records on the parties' respective exhibit lists.

9.      This stipulation is made in good faith and in an effort to streamline the trial proceedings.

Dated: October 24, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
Tel. (305) 523-9023
james@slater.legal

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
josh@tarjanlawfirm.com

*Attorneys for Plaintiff*

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ Erik Kverne**
Erik Kverne (FBN 99829)
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Tel. (850) 414-3300
Fax (850) 488-4872
erik.kverne@myfloridalegal.com

*/s/ Samantha-Josephine Baker**
Samantha-Josephine Baker (FBN 105714)
Office of the Attorney General
3507 E Frontage Rd Ste 150
Tampa, Florida 33607-1763
Tel. (813) 233-2880
Fax (813) 233-2886
samantha.baker@myfloridalegal.com

*Attorneys for Defendants*

*Signed by James Slater with Erik Kverne's and Samantha-Josephine Baker's permission.