







HAMZE, ABDELAZIZ
DC#: L81379 W/M
DOB: 04/23/1983 (35)