# United States District Court
## Civil Minutes - Jury Trial

| | | | |
|---|---|---|---|
| Case No. | 3:22cv4978-TKW | Date: | 10/30/2023 – 11/2/2023 |

**DOCKET ENTRY:** **Jury Selection/Jury Trial.** Jury selected on 10/30/2023. Jury Trial held 10/30/2023 – 11/2/2023. 1 Envelope Exhibits admitted. Jury Verdict in favor of defendants. Judgment to be entered.

PRESENT: HONORABLE **T. Kent Wetherell, II** US DISTRICT JUDGE    Paula Cawby    Julie Wycoff
                                                                   Deputy Clerk   Court Reporter

**Style of Case:** HAMZE v. SETTLEMYERS et al

Plaintiff(s) Counsel Present            Plaintiff
James Slater                            Abdelaziz Hamze
Joshua Tarjan


Defendant(s) Counsel Present            Defendant(s)
Erik Kverne                             Settlemires
Samantha-Josephine Baker                Kosanovich
                                        Simmons
                                        Neel
                                        White
                                        Smith


- ✓ Jury Trial. Jury impaneled and sworn. Per privacy policy – Jurors Names Filed Under Seal
- ☐ Motion for new trial:    ☐ granted    ☐ denied
- ✓ Def Motion for Directed Verdict/Judgment    ☐ granted    ✓ denied
- ✓ Jury retires to deliberate at    11/2/2023, 12:35 PM; jury returns at    11/2/2023, 3:25 PM
- ☐ FINDING BY COURT.    ✓ JURY VERDICT.    SEE SIGNED VERDICT FORM
- ✓ Jury polled    ☐ Polling waived    ☐ Mistrial declared
- ☐ Continued to:

# Civil Minutes - Jury Selection/Jury Trial

**3:22-cv-04978-TKW-ZCB HAMZE v. SETTLEMYERS et al**

Monday, October 30, 2023

| | |
|---|---|
| 8:30 AM | Court in session |
| | Attorney conference |
| 8:55 AM | Court in recess |

Monday, October 30, 2023    Jury Selection/Voir Dire Proceedings

| | |
|---|---|
| 9:18 AM | Court in session |
| | Juror Panel Seated |
| | Voir Dire begins - 27 perspective jurors present |
| 10:40 AM | Jurors excused from the courtroom |
| 10:41 AM | Individual Voir Dire of Jurors |
| 10:51 AM | Court announces for cause challenges |
| 11:15 AM | Court in recess |
| 11:30 AM | Court in session |
| | Pla/Def Peremptory Challenges made |
| | Jury Selected (8 jurors) |
| 11:45 PM | Jurors return to the courtroom |
| | Court announces names of 8 selected jurors |
| | Court thanks panel for their service - jury panel released |
| 11:54 PM | Court in recess |

# Civil Minutes - Jury Trial

**3:22-cv-04978-TKW-ZCB HAMZE v. SETTLEMYERS et al**

Monday, October 30, 2023　　Jury Trial, begins

| | |
|---|---|
| 1:30 PM | Court in session |
| | Jury returns to the courtroom |
| 1:32 PM | Jury sworn by clerk |
| | Jury trial begins |
| 1:33 PM | Court instructs the jury regarding initial jury instructions |
| 1:41 PM | Plaintiff opening statement |
| 1:52 PM | Defense opening statement |
| 2:06 PM | Plaintiff witness direct, Hamze, sworn |
| | 　　Plaintiff Exhibit #63, admitted |
| 3:24 PM | Court in recess |
| 3:41 PM | Court in session |
| 3:42 PM | Jury returns to the courtroom |
| | Plaintiff direct, Hamze continues |
| | 　　Plaintiff Exhibit #63, 2, 4, 34, 35, 53, 3, 5, 54, 14, 16, 21, 28, 52 admitted |
| 5:05 PM | Jurors excused from the courtroom |
| 5:11 PM | Court in recess |

6 hr 10 min

Tuesday, October 31, 2023　　Jury Trial, continues

| | |
|---|---|
| 8:45 AM | Court in session |
| 8:55 AM | Jury returns to the courtroom |
| 8:57 AM | Defense cross, Hamze |
| | 　　Defense Exhibit #28, 28a – 28c, 31 admitted |
| 10:26 AM | Court in recess |
| 10:44 AM | Court in session (with the jury) |
| | Defense cross, Hamze, continues |
| **11:01 AM** | **Plaintiff rests** |
| 11:02 AM | Jury excused from the courtroom |
| 11:03 AM | Defense motion for directed verdict |
| 11:05 AM | Plaintiff responds |
| 11:06 AM | Court denies defense motion as to Settlemires |
| 11:08 AM | Defense responds |
| 11:09 AM | Court takes motion under advisement as to Simmons |
| 11:12 AM | Court in recess |
| 12:45 PM | Court in session (without the jury) |
| | Court addresses counsel |
| | Court denies defense motion for directed verdict as to Simmons |
| 12:48 PM | Jury returns to the courtroom |
| 12:50 PM | Defense direct witness, Jack White, sworn |
| | 　　Defense exhibit #5, admitted |

# Civil Minutes - Jury Trial

**3:22-cv-04978-TKW-ZCB HAMZE v. SETTLEMYERS et al**

Tuesday, October 31, 2023   Jury Trial, continues

| | |
|---|---|
| 1:40 PM | Plaintiff cross |
| 1:48 pm | Defense redirect |
| 2:02 PM | Plaintiff direct witness, Trevor Smith, sworn |
| | Defense exhibit #20, 19, admitted |
| 2:20 PM | Plaintiff cross |
| 2:28 PM | Defense direct witness, Scott Fulford, sworn |
| 2:48 PM | Plaintiff cross |
| 2:55 PM | Defense redirect |
| 2:57 PM | Court in recess |
| 3:15 PM | Court in session |
| 3:16 PM | Defense direct witness, Justin Neel, sworn |
| | Defense exhibit #18, 23, admitted |
| 3:53 PM | Plaintiff cross |
| 4:20 PM | Defense direct witness, Grant Kosanovich, sworn |
| | Defense exhibit #29a, 5c, 24, 15, admitted |
| 4:51 PM | Jury released for the evening |
| 4:56 PM | Plaintiff requests to not be transported for trial tomorrow |
| 4:57 PM | Court orally modifies writ to allow for plaintiff to be excused from trial 11/1/2023 |
| 5:05 PM | Court adjourned |

6 hr 11 min

Wednesday, November 1, 2023   Jury Trial, continues

| | |
|---|---|
| 8:45 AM | Court in session (without the jury) |
| 9:00 AM | Jury returns to the courtroom |
| 9:01 AM | Plaintiff cross, Kosanovich |
| 9:08 AM | Defense redirect |
| 9:14 AM | Defense direct witness, Dawn Saenz, sworn |
| 9:34 AM | Plaintiff cross |
| 9:54 AM | Defense redirect |
| 9:58 AM | Defense direct witness, Stacy Harris, sworn |
| 10:06 AM | Plaintiff cross |
| 10:10 AM | Court in recess |
| 10:30 AM | Court in session |
| 10:33 AM | Defense direct witness, Sheila Melvin, sworn |
| 10:40 AM | Plaintiff cross |
| 10:49 AM | Defense direct witness, Thomas Simmons, sworn |
| | Defense exhibit #16, admitted |
| 11:03 AM | Plaintiff cross |
| | Plaintiff exhibit #65a-c, admitted |
| 11:12 AM | Defense redirect |
| 11:15 AM | Defense direct witness, Corey Settlemires, sworn |

## Civil Minutes - Jury Trial

**3:22-cv-04978-TKW-ZCB HAMZE v. SETTLEMYERS et al**

Wednesday, November 1, 2023     Jury Trial, continues

| | |
|---|---|
| 11:56 AM | Jury excused from the courtroom |
| 12:00 PM | Court in recess |
| 1:30 PM | Court in session without the jury |
| 1:33 PM | Jury returns to the courtroom |
| 1:34 PM | Plaintiff cross, Settlemires |
| 1:38 PM | Defense redirect |
| 1:42 PM | Plaintiff recross |
| 1:44 PM | Defense direct witness, Michael Harrell, sworn |
| 2:06 PM | Plaintiff cross |
| 2:08 PM | Defense direct witness, Richard Caldwell, sworn |
| 2:24 PM | Jury excused for the evening |
| 2:28 PM | Court in recess |
| 2:40 PM | Court in session |
| 2:42 PM | Defense proffers testimony of Kellie Caswell |
| 3:43 PM | Court will allow testimony as directed |
| 3:46 PM | Court reviews final instructions/verdict form with counsel |
| 4:13 PM | Court in recess |

5 hr 26 min

Thursday, November 2, 2023     Jury Trial, continues

| | |
|---|---|
| 8:30 AM | Court in session (without the jury) |
| | Attorney conference |
| | Defense will rest |
| | Defense exhibit #28d, admitted |
| | Defense renews motions/objections |
| | Court enters same rulings |
| | Charge conference held |
| 9:47 AM | Court in recess |
| 10:17 AM | Court in session |
| | Plaintiff renews motions/objections |
| | Court enters same rulings |
| 10:21 AM | Jury returns to the courtroom |
| **10:22 AM** | **Defense rests** |
| 10:23 AM | Plaintiff closing |
| 11:13 AM | Defense closing argument |
| 11:56 AM | Plaintiff rebuttal argument |

## Civil Minutes - Jury Trial

**3:22-cv-04978-TKW-ZCB HAMZE v. SETTLEMYERS et al**

Thursday, November 2, 2023        Jury Trial, continues

| | |
|---|---|
| 12:03 PM | Court publishes final instructions |
| 12:34 PM | Jury excused to begin deliberations |
| 12:35 PM | Court in recess (pending verdict) |
| 3:25 PM | Court in session |
| | Jury returned to the courtroom |
| | Clerk publishes the verdict |
| | Verdict in favor of the defendants |
| | Court thanks jury for their service |
| | Jury excused |
| 3:30 PM | Court adjourned |

3 hr. 40 min.