AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## NORTHERN    DISTRICT OF    FLORIDA

ABDELAZIZ HAMZE

v.

SETTLEMIRES, et al

**EXHIBIT AND WITNESS LIST**

Case Number:  3:22cv4978-TKW/ZCB

| PRESIDING JUDGE T. KENT WETHERELL, II | PLAINTIFF'S ATTORNEY James Slater/Joshua Tarjan | DEFENDANT'S ATTORNEY Erik Kverne/Samantha-Josephine Baker |
|---|---|---|
| TRIAL DATE (S) 10/30/2023 – 11/2/2023 | COURT REPORTER Julie Wycoff | COURTROOM DEPUTY Paula Cawby |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 63 | | | X | Videos (1 flash drive contains all stipulated Pla/Def videos) |
| 2 | | | X | Diagram of Injury |
| 4 | | | X | Emergency Room Record |
| 34 | | | X | Radiology Report |
| 35 | | | X | Radiology Report |
| 53 | | | X | Xrays |
| 3 | | | X | Diagram of Injury |
| 5 | | | X | Emergency Room Record |
| 54 | | | X | Xrays |
| 14 | | | X | 12/27/18 Sick Call Request |
| 16 | | | X | 2/22/19 Sick Call Request |
| 21 | | | X | 6/6/19 Sick Call Request |
| 28 | | | X | 6/11/19 Sick Call Request |
| 52 | | | X | Radiology Report |
| 65 | (a-c) | | X | Admin Code |
| 65d | | | X | Disciplinary Regulation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### NORTHERN     DISTRICT OF     FLORIDA

ABDELAZIZ HAMZE

v.

SETTLEMIRES, et al

**EXHIBIT AND WITNESS LIST**

Case Number:  3:22cv4978-TKW/ZCB

| PRESIDING JUDGE T. KENT WETHERELL, II | | | | PLAINTIFF'S ATTORNEY James Slater/Joshua Tarjan | DEFENDANT'S ATTORNEY Erik Kverne/Samantha-Josephine Baker |
|---|---|---|---|---|---|
| TRIAL DATE (S) 10/30/2023 – 11/2/2023 | | | | COURT REPORTER Julie Wycoff | COURTROOM DEPUTY Paula Cawby |
| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 28 | | | X | Medical records | |
| 28a | | | X | Medical records | |
| 28b | | | X | Medical records | |
| 28c | | | X | Medical records | |
| 31 | | | X | Still photos from video (3) | |
| 5 | | | X | Video | |
| 20 | | | X | Smith Use of Force Report | |
| 19 | | | X | White Use of Force Report | |
| 29 | | | X | Neel Medical Report | |
| 18 | | | X | Neel Use of Force Report | |
| 23 | | | X | Neel DR 6/5/2018 | |
| 29a | | | X | DR DOI | |
| 24 | | | X | DR DOI | |
| 5c | | | X | Video | |
| 15 | | | X | Kosanovich Use of Force Report | |
| 16 | | | X | Simmons Incident Report | |
| 28 | (d-h) | | X | (d-h) Medical records | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.