UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.                                            Case No. 3:22cv4978-TKW-ZCB

LT. SETTLEMIRES, et al.,

    Defendants.
_____/

## VERDICT

We, the jury, unanimously return the following verdict:

1.     Did the Defendant(s) intentionally commit acts that violated Abdelaziz Hamze's rights under the Eighth Amendment?

| Defendant | YES | NO |
|---|---|---|
| Defendant Kosanovich | | ✓ |
| Defendant Neel | | ✓ |
| Defendant Settlemires | | ✓ |
| Defendant Simmons | | ✓ |
| Defendant Smith | | ✓ |
| Defendant White | | ✓ |

*If you answer "Yes" for any Defendant(s), proceed to Question 2 for that/those Defendant(s). If you answer "No" for all defendants, this*



FILED IN OPEN COURT
11/2/23
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

*ends your deliberations and your foreperson should sign and date the last page of this verdict form.*

2. Did the Defendant(s)' unconstitutional conduct cause Abdelaziz Hamze to suffer more than a minimal physical injury?

    Defendant Kosanovich    YES \_\_\_\_\_    NO \_\_\_\_\_

    Defendant Neel    YES \_\_\_\_\_    NO \_\_\_\_\_

    Defendant Settlemires    YES \_\_\_\_\_    NO \_\_\_\_\_

    Defendant Simmons    YES \_\_\_\_\_    NO \_\_\_\_\_

    Defendant Smith    YES \_\_\_\_\_    NO \_\_\_\_\_

    Defendant White    YES \_\_\_\_\_    NO \_\_\_\_\_

*If you answer "Yes" for any Defendant(s), answer Questions 3 and 4 for that/those Defendant(s). If you answer "No" for any Defendant(s), Mr. Hamze will be awarded nominal damages of $1.00 for that/those Defendant(s), and you must skip Question 3 and answer Question 4 for that/those Defendant(s).*

3. What amount of compensatory damages should Abdelaziz Hamze be awarded against the Defendant(s) to compensate him for physical and/or emotional injury?

    Defendant Kosanovich    $_____

    Defendant Neel    $_____

    Defendant Settlemires    $_____

    Defendant Simmons    $_____

Defendant Smith           $_____

Defendant White           $_____

*Proceed to the next question for the Defendant(s) that you answered "Yes" to the Question 1.*

4. Did the Defendant(s) act with malice or reckless indifference to Abdelaziz Hamze's federally protected rights such that punitive damages should be assessed against them, and if so, what amount?

Defendant Kosanovich    YES _____   NO _____   AMOUNT $_____

Defendant Neel          YES _____   NO _____   AMOUNT $_____

Defendant Settlemires   YES _____   NO _____   AMOUNT $_____

Defendant Simmons       YES _____   NO _____   AMOUNT $_____

Defendant Smith         YES _____   NO _____   AMOUNT $_____

Defendant White         YES _____   NO _____   AMOUNT $_____

*If you answered "Yes" to Question 1 for any Defendant(s), please answer each of the following questions.*

5. On June 5, 2018, after being returned to his cell in Q Dorm and after his restraints were being removed through the safety enhancement box, did Mr. Hamze place his hand on Defendant Kosanovich's arm or reach to grab him?

YES _____          NO _____

6. At the moment Defendant Simmons initiated the application of force against Mr. Hamze on June 5, 2018, could a reasonable correctional official in Defendant Simmons' position have perceived Mr. Hamze as a threat to prison security or officer safety?

        YES _____        NO _____

7. At the moment Defendant Kosanovich initiated the application of force against Mr. Hamze on June 5, 2018, could a reasonable correctional official in Defendant Kosanovich's position have perceived Mr. Hamze as a threat to prison security or officer safety?

        YES _____        NO _____

8. At the moment Defendant Neel initiated the application of force against Mr. Hamze on June 5, 2018, could a reasonable correctional official in Defendant Neel's position have perceived Mr. Hamze as a threat to prison security or officer safety.

        YES _____        NO _____

9. Did Defendant Simmons not let go of Mr. Hamze or continue to use force on him on June 5, 2018, after he complied with instructions or ceased being a threat to officer safety?

        YES _____        NO _____

10. Did Defendant Kosanovich not let go of Mr. Hamze or continue to use force on him on June 5, 2018, after he complied with instructions or ceased being a threat to officer safety?

YES \_\_\_\_\_    NO \_\_\_\_\_

11. Did Defendant Neel continue to use force on him on June 5, 2018, after Mr. Hamze complied with instructions or ceased being a threat to officer safety?

YES \_\_\_\_\_    NO \_\_\_\_\_

So say we all this  2nd  day of November, 2023.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson