# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ABDELAZIZ HAMZE,**

    Plaintiff,

**v.**                                                    Case No. 3:22cv4978-TKW/ZCB

**LT. SETTLEMIRES, et al.,**

    Defendants.

_____/

## ORDER FOR JURY MEALS

**IT IS ORDERED** that the Clerk of the United States District Court shall furnish, at the expense of the United States of America, such meals as necessary for the comfort and convenience of the jury during its deliberations.

**DONE and ORDERED** this 2nd day of November, 2023.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**