UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                                                                          Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMIRES**, et al.,

    **Defendants**.
_____/

## ORDER DIRECTING ENTRY OF JUDGMENT

Based on the jury's verdict (Doc. 111), it is **ORDERED** that:

1.    The Clerk shall enter judgment stating: Plaintiff's claims are dismissed with prejudice and judgment is entered in favor of Defendants. Plaintiff shall take nothing from this action and Defendants shall go hence without day.

2.    The Clerk shall close the case file.

**DONE and ORDERED** this 3rd day of November, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**