**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ABDELAZIZ HAMZE

    VS                                        CASE NO.  3:22-cv-04978-TKW-ZCB

SETTLEMIRES, et al

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff's claims are dismissed with prejudice and judgment is entered in favor of Defendants. Plaintiff shall take nothing from this action and Defendants shall go hence without day.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

November 3, 2023                      /s/ *Monica Broussard*
DATE                                        Deputy Clerk: Monica Broussard