IN THE US NORTHERN DISTRICT COURT OF FLORIDA

Abdelaziz Hamze,
v.                                    Case No. 22-4978
Settlemeyers, et al,

## NOTICE OF CRIMINAL PROSECUTION AND MOTION FOR MISTRIAL

Comes Now the plaintiff Abdelaziz Hamze, in pro-se, and files the foregoing notice and motion for mistrial in the above styled cause and states:

1. Following trial, on Nov. 2, former counsel notified the plaintiff that they intend to withdraw from this case and that they do not represent the plaintiff anymore. Thereupon, the plaintiff is proceeding in pro-se.

2. Subsequently, the plaintiff was notified that the state Attorney's office intends to forward a file for criminal prosecution of the defendents in this case, emanating from perjurous testimony during trial, to the U.S. Attorney General's office if the plaintiff gives permission.

3. Therefore, the plaintiff must notify this court that he wishes to pursue criminal charges against the defendents in this case, and that such charges would be grounds for a mistrial in this case considering that defendents were the only eyewitnesses to the incidents of this case, or at least the prime eyewitnesses, on their side supporting their claims.

4. This court should take notice for all the legal purposes of preserving pertinent records, as well as plaintiff's right, upon

FILED USDC FLND PN
NOV 13 '23 PM 2:07

- 1 of 2 -

this notice and motion, to a new trial.

5. As part of this motion, plaintiff requests an urgent evidentiary hearing, if necessary, in order to weigh and establish evidence warranting a new trial.

Abdelaziz Hamze,
11.08.2023

PROVIDED TO
SANTA ROSA C.I. ON
NOV 08 2023
FOR MAILING BY
A.H.

## CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed via US mail to:

Clerk, US District Court          Attorney General
1 N. Palafox St.                  PL01 - The Capitol
Pensacola, FL 32502-0527          Tallahassee, FL 32399-0529

On the 8th day of November 2023.

## CERTIFICATE OF COMPLIANCE

Plaintiff was unable to confer with Defense counsel due to his inability to initiate calls to the Attorney General's office, especially considering that he is currently in confinement due to this case. Nevertheless, plaintiff sent a letter to defense counsel requesting a call, on Nov. 3, and a request to classification to forward such request to him, but has gotten no response.

Abdelaziz Hamze,
Santa Rosa C.I.

-2 of 2-

Abdelaziz Hamze, #L81379
Santa Rosa C.I.
5850 East Milton Road
Milton, FL 32583

MAILED FROM A STATE CORRECTIONAL INSTITUTION
PENSACOLA FL 325
9 NOV 2023 PM 1 L

US POSTAGE PITNEY BOWES
ZIP 32583 $ 000.63⁰
02 4W
0000368416 NOV 09 2023

NOV 13 2023

Clerk, US District Court
1 N. Palafox St.
Pensacola, FL 32502-0527

