UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

      Plaintiff,

v.

LT. SETTLEMYERS, *et al.*,

      Defendants.

Case No. 3:22-cv-4978-TKW-ZCB

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11.1(H), James M. Slater of Slater Legal PLLC and Joshua Tarjan of The Tarjan Law Firm P.A., respectfully move for leave to withdraw as counsel in this case. As grounds, the undersigned state:

1.     The undersigned counsel represented Plaintiff Abdelaziz Hamze at trial in this case, which resulted in a defense verdict on November 2, 2023. (Docs. 111, 115).

2.     On November 3, 2023, on a telephone call, the undersigned informed Mr. Hamze that if he wished to proceed further in this case that the undersigned would need to withdraw as counsel. Mr. Hamze consented to such withdrawal.

3.     On November 6, 2023, counsel further memorialized the telephone conversation by letter mailed to Mr. Hamze.

4.     Under Local Rule 11.1(H)(2), the undersigned were required to provide Mr. Hamze with 14 days' notice prior to filing the instant motion, which period ends on November 17, 2023.

5.     Given that Mr. Hamze has now filed several motions with the Court, including for appointment of counsel (*see* Docs. 116 & 117), the undersigned file this motion expeditiously despite the notice period not yet expiring, so that Mr. Hamze may proceed with the relief he seeks.

WHEREFORE, the undersigned attorneys respectfully move for leave to withdraw as counsel for Plaintiff Abdelaziz Hamze.

Dated: November 15, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
Tel: (305) 523-9023
james@slater.legal

*/s/ Joshua Tarjan*
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

*Attorneys for Plaintiff*

## Certificate of Service

I certify that on November 15, 2023, the undersigned filed a true and correct copy of this motion with CM/ECF, which will serve a copy on all counsel of record. I further certify that on November 15, 2023 a true and correct copy of the foregoing motion was served on Plaintiff Abdelaziz Hamze by U.S. Mail to Santa Rosa C.I. Annex, 5850 E. Milton Road, Milton, FL 32583-7914.

*/s/ James M. Slater*
James M. Slater