UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                            Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMIRES**, et al.,

    **Defendants**.

_____/

## ORDER DENYING POST-JUDGMENT MOTIONS

This case is before the Court based on two pro se motions filed by Plaintiff (Docs. 116, 117). The Court could strike the motions under Local Rule 11(F) because Plaintiff was still represented by counsel when the motions were filed, but the Court will not do so because Plaintiff's counsel subsequently filed a motion to withdraw. *See* Doc. 118. No response is necessary to rule on Plaintiff's motions. The motions are meritless. Plaintiff had his day in court (and then some) and he had a full and fair opportunity to present his case to a jury. Plaintiff's attorneys did the best they could with what they had, but the jury apparently did not find Plaintiff's story to be convincing. The jury's verdict was consistent with the overwhelming weight of the evidence, and none of the issues raised in Plaintiff's motion (including the officers' testimony about their alleged independent report writing) support a

"mistrial" or would warrant a new trial. This case is over. No further hearings (evidentiary or otherwise) are necessary or appropriate.

Accordingly, it is **ORDERED** that all relief requested in Plaintiff's motions (Docs. 116, 117) is **DENIED**.

**DONE and ORDERED** this 16th day of November, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**