UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE**,

    **Plaintiff**,

v.                                                          Case No. 3:22cv4978-TKW-ZCB

**LT. SETTLEMIRES**, et al.,

    **Defendants**.
_____/

## ORDER

Upon due consideration of the motion to withdraw as counsel (Doc. 118), it is **ORDERED** that the motion is **GRANTED**, and:

1.    Attorneys James M. Slater and Joshua M. Tarjan shall have no further obligation to represent Plaintiff in this case, and the Clerk shall terminate them as counsel of record in CM/ECF.

2.    The Clerk shall add Plaintiff to CM/ECF with the address reflected in his most recent pro se motions.

**DONE and ORDERED** this 16th day of November, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**