AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| Abdelaziz Hamze, DC# L81379 | ) |
| | ) |
| v. | ) Case No.: 3:22-cv-4978 |
| Lieutenant Corey Settlemires, et al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____11/03/2023_____ against ___Plaintiff___ ,
                                                                    *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 1,765.50 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9.15 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 395.48 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,252.15 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 3,422.28 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service        ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:     /s Erik Kverne

Name of Attorney:  Erik Kverne

For:    Smith, Settlemires, White, Kosanovich, Simmons, and Neel         Date:    11/17/2023
                    *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
  *Clerk of Court*                        *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kellie Caswell Tallahassee, Florida | 1 | 199.00 | 1 | 90.00 | | 106.48 | $395.48 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $395.48 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ABDELAZIZ HAMZE, DC# L81379 V. LIEUTENANT COREY SETTLEMYERS, ET AL.**
**AG# L22-4-2059**
**COST REPORT AS OF NOVEMBER 8, 2023**

| COST CTR | CATEGORY | OBJECT | DESCRIPTION | VENDOR | AMOUNT | VOUCHER | INVOICE# | DATE KEYED IN | SWDN |
|---|---|---|---|---|---|---|---|---|---|
| 603000000 | 100777 | 131400 | COURT REPORTING/TRANSCRIPTION - GENERAL | DEPO SOLUTIONS/S | $ 492.75 | V0037340010 | 271001 | 01/05/2023 | D3000286771 |
| 603000000 | 100777 | 134609 | MEDIATION SERVICES | SHEAR MEDIATION | $ 825.00 | V0047300001 | 2072023 | 02/20/2023 | D3000362258 |
| 603000000 | 100777 | 131448 | COURT REPORTING/TRANSCRIPTION - VIDEO DEPOSITION | DEPO SOLUTIONS/S | $ 475.00 | V0048050001 | 269687 | 02/22/2023 | D3000367275 |
| 603000000 | 040000 | 230007 | PRINTING/REPRODUCTION - COURT REPORTING | MILESTONE REPORT | $ 797.75 | V0023410001 | 248859 | 11/01/2023 | D4000206018 |
| | | | | | $ 2,590.50 | | | | |

**Copies of Docket Filings Provided to Plaintiff**

| Court Docket Number | Document Name | No. of Pages | Cost for Copying |
|---|---|---|---|
| 45 | Defendant's Pre-Trial Narrative, Exhibit List, and Witness List | 10 | 1.5 |
| 46 | Response to Order to Show cause and Motion to Accept Pre-Trial Filings | 4 | 0.6 |
| 54 | Defendant's Motion for Leave to File Out-of-Time Motion for Summary Judgment | 47 | 7.05 |
| 54-1 | Exhibit A | 42 | 6.3 |
| 56 | Notice of Compliance | 2 | 0.3 |
| 68 | Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction | 41 | 6.15 |
| 69 | Defendant's First Motion in Limine | 43 | 6.45 |
| **Total** | | **61** | **9.15** |

**Trial Binders**

| Item | Amount | Cost Each | Total |
|------|--------|-----------|-------|
| Paper | 7740 | 0.15 | 1161 |
| Binders | 5 | 7.03 | 35.15 |
| USB | 2 | 10 | 20 |
| Exhibit Stickers (sheets) | 150 | 0.24 | 36 |
| **Total** | | | **1252.15** |

STATE OF FLORIDA
VOUCHER FOR REIMBURSEMENT
OF TRAVEL EXPENSES

TRAVELER  Kellie Caswell
SOCIAL SECURITY NO.  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

CHECK ONE          OFFICER/EMPLOYEE          NONEMPLOYEE AND CONTRACTOR

AGENCY
HEADQUARTERS
RESIDENCE (CITY)

| Date | Travel Performed From Point of Origin To Destination | Purpose or Reason (Name of Conference) | Hour of Departure & Hour of Return | Meals for Class A & B Travel | Per Diem or Actual Lodging Expenses | Class C Meals | Map Mileage Claimed | Vicinity Mileage Claimed | Other Expenses Amount | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2023 | Tallahassee to Pensacola | Attend trial | 10:00 AM | $30.00 | | | | | $106.48 | POV |
| 11/2/2023 | Pensacola to Tallahassee | Returning from attending trial | 5:30 PM | | 60.00 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Statement of Benefits to the State: (Conference or Convention)

Witness at trial in AG#L22-4-2059. Travel required overnight stay in Pensacola for testimony on 11/2/23.

| | Column | Column | Column | 0 Mi. | Column | SUMMARY |
|---|---|---|---|---|---|---|
| | Total | Total | Total | 0.445 | Total | TOTAL |
| | $30.00 | $60.00 | | | $106.48 | $196.48 |

| Revolving Fund: | | Advance: | | | |
|---|---|---|---|---|---|
| Check No. | | Warrant No. | | LESS ADVANCE RECEIVED | |
| Check Date | | Warrant Date | | LESS CLASS C MEALS (Officers/Employees Only) | |
| Agency Voucher No. | | Statewide Doc. No. | | | |
| | | Agency Voucher No. | | NET AMOUNT DUE | |

I hereby certify or affirm that the above expenses were actually incurred by me as necessary travel expenses in the performance of my official duties; attendance at a conference or convention was directly related to official duties of the agency; any meals or lodging included in a conference or convention registration fee have been deducted from this travel claim; and that this claim is true and correct in every material matter and same conforms in every respect with the requirements of Section 112.061, Florida Statutes.

TRAVELER'S SIGNATURE:  _Kellie Caswell_

DATE PREPARED:  Nov 14, 2023          Title

Pursuant to Section 112.061 (3) (a), Florida Statutes, I hereby certify or affirm that to the best of my knowledge the above travel was on official business of the State of Florida and was performed for the purposes stated above

SUPERVISOR'S SIGNATURE:

SUPERVISOR'S TITLE:  Bureau Chief

DATE APPROVED:  11/15/23

FOR AGENCY USE:

Form DIVCOM.tvlreimb.xls

Rev. 1/31/95

TRAVEL PERFORMED BY COMMON CARRIER OR STATE VEHICLE

*THIS SECTION REQUIRED TO BE COMPLETED ONLY WHEN COMMON CARRIER IS BILLED DIRECTLY TO STATE AGENCY*

| Date | Ticket Number or State Vehicle Number | From | To | | | Name of Common Carrier or State Agency owning vehicle |
|------|------|------|------|---|---|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |

STATE OF FLORIDA PURCHASING CARD CHARGES

*THIS SECTION REQUIRED TO BE COMPLETED ONLY WHEN TRAVEL RELATED EXPENSES ARE PAID USING THE STATE OF FLORIDA PURCHASING CARD*

| Date | Merchant/Vendor | Description of Item Acquired | Amount of Charge |
|------|------|------|------|
| 11/2/2023 | Hilton Garden Inn Pensacola Downtown | Hotel, 1 night | $199.00 |
| | | | |
| | | | |
| | | | |

*THIS SECTION REQUIRED TO BE COMPLETED ONLY WHEN NON-REIMBURSABLE ITEMS WERE PURCHASED USING THE STATE OF FLORIDA PURCHASING CARD*

| Date | Merchant/Vendor | Description of Item Acquired | Amount of Charge |
|------|------|------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | Total (This amount must appear on the line "Less Non-Reimbursable item included on Purchasing Card" on page 1 of this form. | | $0.00 |

GENERAL INSTRUCTIONS

Class A travel - Continuous travel of 24 hours or more away from official headquarters

Class B travel - Continuous travel of less than 24 hours which involves overnight absences from official headquarters

Class C travel - Travel for short or day trips where the traveler is not away from official headquarters overnight

Breakfast - when travel begins before 6am and extends beyond 8am

Lunch - when travel begins before 12 noon and extends beyond 2pm

Dinner - when travel begins before 6 pm and extends beyond 8pm or when travel occurs during nighttime hours due to special assignment

NOTE: No allowance shall be made for meals when travel is confined to the city or town of official headquarters or immediate vicinity except assignments of official business outside the traveler's regular place of employment if travel expenses are approved and such special approval is noted on the travel voucher.  Rate of Per Diem and Meals shall be those prescribed by Section 112.061, Florida Statutes.

Non-reimbursable items may not be charged on the State of Florida Purchasing Card. Instead, non-reimbursable charges are to be deducted from the travel reimbursement claimed on the reverse side of this form. If the "Class Non-Reimbursable Items" Included on Purchasing Card" and the above "Non-reimbursable Items" section of "State of Florida Purchasing Card Charges" section above must be completed. Per diem shall be completed at one-fourth of authorized rate for each quarter or fraction thereof. Travel over a period of 24 hours or more will be calculated on the basis of 6-hour cycles, beginning at midnight; less than 24-hours travel will be calculated on the basis of 6-hour cycles, beginning at the hour of departure and hour of return should be shown for all travel. When claiming per diem, the meal allowance columns should not be used. Claims for actual lodging at single occupancy rate plus meal allowances should be put in the "Per Diem or Actual Lodging Expense" column and include the appropriate meal allowances in the "Meals for Class A&B Travel" column. Claims for meals allowance involving travel that did not require the traveler to be away from headquarters overnight should be included in the "Class C Meals" column. Vicinity travel must appear in the separate column. When travel is by common carrier and billed directly to the traveler, the amount and description should be included in the "Other Expenses" column. A copy of the ticket or invoice should be attached to this form. If travel is by common carrier and billed directly to the State agency, then the "Travel Performed by Common Carrier or State Vehicle" section above should be completed. If travel is by common carrier and the carrier is paid by the State of Florida Purchasing Card, then the "State of Florida Purchasing Card Charges" section above should be computed. The name of the common carrier should be inserted in the "Map Mileage Claimed" column in these instances. Justification must be provided for use of a noncontract airline (or one offering equal or lesser rates than the airline) or rental car (or one having lower net rate) when contract carriers are available. Additionally, justification must be provided for use of a rental car larger than a Class "B" car. If travel is performed by the use of a State-owned vehicle, the word "State" should be inserted in the "Map Mileage Claimed" column on the reverse side of this form, and the above section designated as "Travel Performed by Common Carrier or State Vehicle" should be completed. If lodging is paid by the use of the State of Florida Purchasing Card, the words "Purchasing Card" should be inserted in the "Per Diem or Actual Lodging Expenses" column on the reverse side of this form, and the above section designated as "State of Florida Purchasing Card Charges" should be completed. Incidental travel expenses which may be reimbursed include: (a) reasonable taxi fare; (b) ferry fares and bridge, road and tunnel tolls; (c) storage and parking fees; (d) telephone and telegraph expenses; (e) convention or conference registration fee. If meals are included in the registration fee, per diem should be reduced accordingly. Receipts should be obtained then required. The official Department of Transportation map should be used in computing mileage from point of origin to destination whenever possible. When any State employee is stationed in any city or town for over 30 days continuous work days, such city or town shall be deemed to be his official headquarters and he shall not be allowed per diem or subsistence after the period of 30 continuous work days has elapsed, unless extended by the approval of the agency head. If travel is to a conference or convention, the "Statement of Benefits to the State" section must be completed or a copy of the Authorization to Incur Travel expense, form DBF-AA-13, must be attached. Additionally, a copy of an agenda and registration receipt must be attached. Any fraudulent claim for mileage, per diem or other travel expense is subject to prosecution as a misdemeanor.