# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ABDELAZIZ HAMZE,
    Plaintiff,

vs.                                                        Case No. 3:22cv04978-TKW-ZCB

SETTLEMIRES, KOSANOVICH, et al.,
    Defendants.
_____/

## TAXATION OF COSTS BY CLERK

Judgment was entered in favor of the Defendants and against the Plaintiff in the above-entitled action on November 3, 2023 (ECF No. 115).  A Bill of Costs (ECF No. 121) was timely filed by the Defendants, SETTLEMIRES, KOSANOVICH, SMITH, WHITE, SIMMONS and NEEL.  An untimely "Response to Defense's [sic] Motion for Costs" was filed by Plaintiff, ABELAZIZ HAMZE (ECF No. 127).   In accordance with this court's administrative order dated September 21, 2004, titled "Allowable Items in Taxation of Cost," the undersigned hereby taxes costs as follows:

| | |
|---|---:|
| **Fees of the Clerk** | $0.00 |
| **Fees for service of summons and subpoena** | $0.00 |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | $492.75 |
| **Fees and disbursements for printing** | $9.15 |

| | |
|---|---:|
| **Fees for witnesses, including mileage, per diem and hotel** | $257.48 |
| **Fees for exemplification and the cost of making copies of any materials where the copies are necessarily obtained for use in the case** | $1,161.00 |
| **Docket fees under 28 U.S.C. § 1923** | $0.00 |
| **Costs as shown on Mandate of Court of Appeals** | $0.00 |
| **Compensation of court-appointed experts** | $0.00 |
| **Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828** | $0.00 |
| **Other costs** | $0.00 |
| **TOTAL COSTS TAXED** | $1,920.38 |

In accordance with the above, costs are hereby taxed against the Plaintiff in the amount of **$1,920.38**, for all of which sum let execution issue and is made a part of the Judgment entered on November 3, 2023.

Done this 22nd day of January 2024, at Pensacola, Florida.

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

By:   /s/ *M. Allison Hunnicutt*
        Resident Deputy-in-Charge
        Pensacola and Panama City Divisions