# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

ABDELAZIZ HAMZE              CASE #: 3:22-cv-04978-TKW-ZCB

    Plaintiff,

v.

LIEUTENANT SETTLEMIRES,
OFFICER KOSANOVICH, OFFICER
SIMMONS, SERGEANT NEEL,
OFFICER SMITH, and OFFICER WHITE,

    Defendants.

_____/

## NOTICE OF APPEAL

The plaintiff, Abdelaziz Hamze, in pro-se appeals to the United States court of appeals for the 11th circuit from the final judgment in this case. This notice is filed within 30 days from the date of the order disposing of the Defendants' motion for costs, which tolled the time for filing this notice pursuant to rule 4(a)(4)(A)(iii), Fed.R.App.P.

                                      Respectfully submitted,
                                      Abdelaziz Hamze
                                      Northwest Florida Reception Center
                                      4455 Sam Mitchell Dr,
                                      Chipley, FL 32428



FILED USDC FLND PN
FEB 12 '24 AM 11:20

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document has been furnished to

Florida Office of the Attorney General,
Attn: Erik Dewitt Kverne
PL-01 the Capitol
Tallahassee, FL 32399-4120
Via US Mail on 2/7/2024

Clerk of Court, Northern District of Florida,
1 N Palafox St,
Pensacola, FL 32502
Via US Mail on 2/7/2024

                                    Abdelaziz Hamze

Abdelaziz Hamze   SC# L61344
Northwest Florida Reception Center
4455 Sam Mitchell Dr.
Chipley, FL 32428

GREENVILLE SC 296
8 FEB 2024   PM 2 L

Northern District of Florida
1 N Palafox St,
Pensacola, FL 32502

32502-566599