UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE

Plaintiff,

v.

Settlemires, et al,

Defendants.

Case No.: 3:2022cv04978

_____/

## MOTION TO PROCEED WITHOUT PREPAYMENT AND FOR APPOINTMENT OF COUNSEL

Plaintiff, Hamze, *pro se*, hereby files this motion for appointment of counsel and to proceed without prepayment of fees, and in support states:

1. Plaintiff is currently temporarily incarcerated in Reception and Medical Center.

2. Plaintiff was incarcerated in Northwest Florida Reception Center (NWFRC).

3. Plaintiff is unable to send legal mail from the current facility and Plaintiff's legal mail was being intercepted at the previous facility. Two of the legal mail room staff, Stewart and Whitehead, when questioned by Plaintiff, said "maybe the court is throwing out

FILED USDC FLND PN
MAR 26 '24 PM12:22

your legal mail because you are suing the officers too much". Further, Whitehead refused to pick up legal mail from Plaintiff because Plaintiff is suing the officers and advised that she will not be assisting in suing officers.

4. Using outside help, Plaintiff sent an email to State Attorney Eric Kverne, in an attempt to confer and advise him of the legal mail issue, to no avail.

5. Furthermore, Plaintiff filed multiple grievances in NWFRC but he was advised that his grievances were being discarded.

6. Plaintiff was also being barred from the law library and has raised the issue to the Warden of the facility to no avail.

7. This motion is being filed through outside assistance in typing and printing.

8. Plaintiff is indigent but is unable to provide an account statement due to the aforementioned mail problem.

9. Plaintiff has reached out to the court reporter to arrange a payment plan, who advised Plaintiff to wait for response to make satisfactory arrangement for payment plan.

10. Plaintiff is requesting that this Court take into account the aforementioned exceptional circumstances to grant the requested

relief of appointment of counsel to assist him in this matter and to grant him another extension of time file transcript order form and make payment arrangements. Plaintiff is requesting that he be allowed to proceed without prepayment of the fees and be allowed to pay in partial payments. *See Presley v. Ga. Bd. of Pardons*, No. 5:22-cv-339-MTT-TQL, 2023 U.S. Dist. LEXIS 60224 (M.D. Ga. Apr. 5, 2023).

11. Plaintiff is unable to mail the transcript order form or his bank statement to the outside of the institution due to the aforementioned issues. Plaintiff needs time to resolve this issue.

12. Wherefore, Plaintiff is seeking that the requested relief be granted. Alternatively, Plaintiff is requesting reasonable extension of time of 30 days to make satisfactory payment arrangement and to file transcript order form.

Respectfully submitted,

Abdelaziz Hamze, DC# L81379
Reception and Medical Center
7765 S CR 231
Lake Butler, Florida 32054-0628

3

## NOTICE OF COMPLIANCE WITH MEET AND CONFER REQUIREMENT

I HEREBY CERTIFY that I attempted to resolve this matter with opposing counsel in a good faith effort to resolve this motion before the motion was filed, but I was unable to due to the aforementioned issues.

Abdelaziz Hamze

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been furnished to

Northern District Of Florida
Clerk of Court
One North Palafox St.
Pensacola, FL 32502
Via US Mail on 3/23/2024

Florida Office of the Attorney General,
Attn: Erik Dewitt Kverne
PL-01 the Capitol
Tallahassee, FL 32399-4120
Via US Mail on 3/23/2024

Abdelaziz Hamze

4

Abdelaziz Hamze, DC #L81379
Reception and Medical Center
7765 S CR 231
Lake Butler, FL 32054



MIAMI FL 330
23 MAR 2024 PM 4 L

Northern District of Florida
Clerk of Court
One North Palafox St.
Pensacola, FL 32502

MAR 26 2024

32502-566599