UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE

Case No.: 3:2022cv04978

Plaintiff,

v.

Settlemires, et al,

Defendants.

_____/

## MOTION TO STAY APPEAL

Plaintiff, Hamze, *pro se*, hereby files this motion to stay appeal, or in the alternative motion for extension of time to pay appellate filing fee and file complete transcript order form, and in support states:

1. Plaintiff is currently temporarily incarcerated in Reception and Medical Center.

2. Plaintiff is indigent but is unable to provide an account statement due to a legal mail problem.

3. Plaintiff is attempting to raise the funds to pay the appellate filing fee and make payment arrangements for the trial transcript.

FILED USDC FLND PN
APR 23 '24 PM3:23

4. Wherefore, Plaintiff is requesting that this Court stay this appeal for sixty days, or in the alternative, grant him an extension of 60 days to pay the appellate filing fee and make arrangements to pay the transcript fee.

Dated this 16th day of April 2024.

*[signature]*

Respectfully submitted,

Abdelaziz Hamze, DC# L81379

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been furnished via U.S. Mail on 4/16/2024 to

1. Florida Office of the Attorney General,
   PL-01 the Capitol
   Tallahassee, FL 32399-4120

2. Clerk of Court

Abdelaziz Hamze

Abdelaziz Hamze, DC # L81379
Reception & Medical Center
7765 County Rd 231,
Lake Butler, FL 32054

MIAMI FL 330
19 APR 2024 PM 5 L



U.S. Northern District of Florida
Clerk of Court
1 N Palafox St.
Pensacola, FL 32502

32502-565850