UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ABDELAZIZ HAMZE,

    Plaintiff,

v.                                       Case No. 3:22cv4978-TKW-ZCB

LT. SETTLEMIRES, et al.,

    Defendants.
_____/

## ORDER ON MOTION TO STAY

This case is before the Court based on Plaintiff's motion to stay appeal (Doc. 145). The Court does not have the authority to stay a proceeding pending in another court, particularly an appeal pending in the Eleventh Circuit. Accordingly, it is

**ORDERED** that Plaintiff's motion to stay appeal is **DENIED** without prejudice to Plaintiff seeking that relief in the Eleventh Circuit.

**DONE and ORDERED** this 25th day of April, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**